B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Western District of Washington

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**QL2 Software, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**91-2180620** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**316 Occidental Ave. S, Suite 410**<br>**Seattle, WA**<br>ZIP Code **98104** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **QL2 Software, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**QL2 Software, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Diana K. Carey**
Signature of Attorney for Debtor(s)

**Diana K. Carey**
Printed Name of Attorney for Debtor(s)

**Karr Tuttle Campbell**
Firm Name

**1201 Third Avenue**
**Suite 2900**
**Seattle, WA 98101**

Address

**206 223 1313  Fax: 206 682 7100**
Telephone Number

**January 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Russ Aldrich**
Signature of Authorized Individual

**Russ Aldrich**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**January 11, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

United States Bankruptcy Court
Western District of Washington

In re   QL2 Software, Inc.                                        Case No. _____
                                  Debtor(s)                       Chapter _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Scott Milburn, declare under penalty of perjury that I am the Secretary and General Counsel of QL2 Software, Inc., and that the following is a true and correct copy of the resolutions adopted by the board of directors of the company at a special meeting held on January 9, 2010.

" Whereas, it in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Russ Aldrich, Chief Executive Officer of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Scott Milburn, General Counsel of this company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Scott Milburn, General Counsel of this company, is authorized and directed to employ George S. Treperinas, attorney and the law firm of Karr Tuttle Campbell to represent the company in such bankruptcy case."

Date   1-11-10          Signed    /s/ Scott Milburn

Resolution of Board of Directors
of
QL2 Software, Inc.

Whereas, it in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Russ Aldrich, Chief Executive Officer of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Scott Milburn, General Counsel of this company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Scott Milburn, General Counsel of this company, is authorized and directed to employ George S. Treperinas, attorney and the law firm of Karr Tuttle Campbell to represent the company in such bankruptcy case.

| Date | 1-11-10 | Signed | /s/ Robert J. Genise |
|------|---------|--------|----------------------|
| Date | 1-11-10 | Signed | Russell B. Aldrich<br>Russell B. Aldrich |
| Date | | Signed | |

Resolution of Board of Directors
of
QL2 Software, Inc.

Whereas, it in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Russ Aldrich, Chief Executive Officer of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Scott Milburn, General Counsel of this company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Scott Milburn, General Counsel of this company, is authorized and directed to employ George S. Treperinas, attorney and the law firm of Karr Tuttle Campbell to represent the company in such bankruptcy case.

Date _____  Signed _____

Date _____  Signed _____

Date   1-11-10                Signed   /s/William B. Tenneson
                                       William B. Tenneson

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re **QL2 Software, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 403 Westpark Court<br>Suite 400<br>5871 Glenridge Drive<br>Atlanta, GA 30328 | Collier Spectrum Cauble Mgmt<br>403 Westpark Court<br>Suite 400<br>5871 Glenridge Drive<br>Atlanta, GA 30328<br>404-252-2288 | | | 7,011.00 |
| Adhost<br>Suite 360<br>140 Fourth Avenue North<br>Seattle, WA 98109 | Michael Smith<br>Adhost<br>Suite 360<br>140 Fourth Avenue North<br>Seattle, WA 98109<br>206-404-9000 | | | 8,770.00 |
| Blue Gecko<br>Suite 200<br>1408 4th Ave<br>Seattle, WA 98101 | Sarah Novotny<br>Blue Gecko<br>Suite 200<br>1408 4th Ave<br>Seattle, WA 98101<br>206-652-2273 | | | 7,290.00 |
| Cascade Broadband, LLC<br>61345 Yakwahtin Court<br>Bend, OR 97702 | Dan Becraft<br>Cascade Broadband, LLC<br>61345 Yakwahtin Court<br>Bend, OR 97702<br>541-350-3610 | | | 29,055.00 |
| Citrix Online<br>File 50264<br>Los Angeles, CA 90074-0264 | customer service<br>Citrix Online<br>File 50264<br>Los Angeles, CA 90074-0264<br>888-621-0539 | | | 5,535.00 |
| Dell Business Credit<br>Payment Processing Center<br>PO Box 5275<br>Carol Stream, IL 60197 | customer service<br>Dell Business Credit<br>Payment Processing Center<br>PO Box 5275<br>Carol Stream, IL 60197<br>866-413-3355 | | | 19,570.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **QL2 Software, Inc.**                                                                 Case No. _____
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Gorge ISP**<br>22388 Baseline Road West<br>Quincy, WA 98848 | **Peter Niochols**<br>Gorge ISP<br>22388 Baseline Road West<br>Quincy, WA 98848<br>206-440-0979 | | **Unliquidated**<br>**Disputed** | **12,000.00** |
| **GVT Marketing & Procurement**<br>Suite 500<br>1818 Library Street<br>Reston, VA 20190 | **Joan Walden**<br>GVT Marketing & Procurement<br>Suite 500<br>1818 Library Street<br>Reston, VA 20190<br>703-349-2990 | | | **87,500.00** |
| **Intellidex, LLC**<br>Suite 245<br>2269 Chestnut Street<br>San Francisco, CA 94123 | **Jeffrey Neer**<br>Intellidex, LLC<br>Suite 245<br>2269 Chestnut Street<br>San Francisco, CA 94123<br>415-674-6715 | | **Unliquidated**<br>**Disputed** | **67,885.00** |
| **Internap Network Services**<br>Dept 0526<br>P.O. Box 120526<br>Dallas, TX 75312 | **MAry Knott**<br>Internap Network Services<br>Dept 0526<br>P.O. Box 120526<br>Dallas, TX 75312<br>1-866-512-5277 | | | **25,556.00** |
| **Intl. Parking Management**<br>505 5th Ave. S. Ste P1<br>Seattle, WA 98104 | **Tracy Sundberg**<br>Intl. Parking Management<br>505 5th Ave. S. Ste P1<br>Seattle, WA 98104<br>206-254-0811 | | | **7,050.00** |
| **Jan Gysbrechts**<br>Via Orti 14<br>20122 Milan<br>ITALY | **Jan Gysbrechts**<br>Jan Gysbrechts<br>Via Orti 14<br>ITALY<br>+39/346.050.94.84 | | | **9,073.00** |
| **Martin Smith, Inc.**<br>PO Box 94685<br>Seattle, WA 98124 | **Mickey Smith**<br>Martin Smith, Inc.<br>PO Box 94685<br>Seattle, WA 98124<br>206-682-3300 | | | **43,055.00** |
| **Nationwide Trust Company, FSB**<br>PO Box 183046<br>Columbus, OH 43218 | **Karen Busch**<br>Nationwide Trust Company, FSB<br>PO Box 183046<br>Columbus, OH 43218<br>800-545-4293 x2230 | | | **6,987.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **QL2 Software, Inc.**                  Case No. _____

               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Needham & Company LLC**<br>**Glen W Albanese**<br>**445 Park Ave**<br>**New York, NY 10022-4406** | Laura Black<br>Needham & Company LLC<br>Glen W Albanese<br>445 Park Ave<br>New York, NY 10022-4406<br>212-371-8300 | | | **50,000.00** |
| **PriceWaterHouseCoopers LLP**<br>**P.O. Box 31001-0068**<br>**Pasadena, CA 91110** | Russell Coney<br>PriceWaterHouseCoopers LLP<br>P.O. Box 31001-0068<br>Pasadena, CA 91110<br>206-398-3579 | | | **6,500.00** |
| **Qwest AZ**<br>**PO Box 29080**<br>**Phoenix, AZ 85038** | customer service<br>Qwest AZ<br>PO Box 29080<br>Phoenix, AZ 85038<br>800-777-9594 | | | **6,289.00** |
| **Robert Genise** | Robert Genise<br>Robert Genise<br>12405 NE 36th Pl<br>Bellevue, WA 98005<br>206-561-1241 | | | **50,000.00** |
| **Tableau Software, Inc.**<br>**Suite 400**<br>**837 N 34th Street**<br>**Seattle, WA 98103** | Joe Lopez<br>Tableau Software, Inc.<br>Suite 400<br>837 N 34th Street<br>Seattle, WA 98103<br>206-633-3400 | | | **16,425.00** |
| **WAHIT**<br>**C/O Benefits Solutions Inc.**<br>**PO Box 25**<br>**Mukilteo, WA 98275** | Brenda Hyde<br>WAHIT<br>C/O Benefits Solutions Inc.<br>PO Box 25<br>Mukilteo, WA 98275<br>425-771-7359 | | | **22,883.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 11, 2010**         Signature    **/s/ Russ Aldrich**
                                                                    **Russ Aldrich**
                                                                    **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

403 WESTPARK COURT
SUITE 400
5871 GLENRIDGE DRIVE
ATLANTA, GA 30328

ADHOST
SUITE 360
140 FOURTH AVENUE NORTH
SEATTLE, WA 98109

AT&T MOBILITY*
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

BANDWIDTH
DEPT CH 17337
PALANTINE, IL 60055-7337

BANDWIDTH.COM
75 REMITTANCE DR, STE 6647
CHICAGO, IL 60654

BLUE GECKO
SUITE 200
1408 4TH AVE
SEATTLE, WA 98101

BUSINESS OBJECTS SOFTWARE LTD
P.O. BOX 2308
CAROL STREAM, IL 60132-2308

CASCADE BROADBAND, LLC
61345 YAKWAHTIN COURT
BEND, OR 97702

CASHMERE VALLEY BANK
SUITE 202
124 E. PENNY ROAD
WENATCHEE, WA 98801

CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723

CISCO WEBEX LLC
PO BOX 49216
SAN JOSE, CA 95161-9216


CIT TECH. FINANCE SVC, INC.
P.O. BOX 550599
JACKSONVILLE, FL 32255


CIT TECHNOLOGY FIN SERV, INC.
P.O. BOX 100706
PASADENA, CA 91189-0706


CITRIX ONLINE
FILE 50264
LOS ANGELES, CA 90074-0264


CITY OF SEATTLE - RCA
PO BOX 34907
SEATTLE, WA 98124-1904


CODE COMPLETE SOFTWARE
1670 SOUTH AMPHLETT BLVD.
SUITE 214
SAN MATEO, CA 94402


DATASITE NORTHWEST
12000 NE 8TH ST.
BELLEVUE, WA 98005


DELL BUSINESS CREDIT
PAYMENT PROCESSING CENTER
PO BOX 5275
CAROL STREAM, IL 60197


DELL FINANCIAL SERVICES
4307 COLLECTION CENTER DR.
CHICAGO, IL 60693


DELL FINANCIAL SERVICES LLC
12234 N. 1H-35 BLDG B
AUSTIN, TX 78753

DHL EXPRESS (USA) INC.
PO BOX 6000
FILE 30692
SAN FRANCISCO, CA 94160


EBEN DESIGN
7221 5TH AVE. NE
SEATTLE, WA 98115


ESCROW ASSOCIATES
8302 DUNWOODY PLACE
SUITE 150
ATLANTA, GA 30350


FEDEX
PO BOX 94515
PALATINE, IL 60094-4515


FIRST INSURANCE FUNDING GRP
450 SKOKIE BLVD, STE 1000
PO BOX 3306
NORTHBROOK, IL 60065-3306


GORGE ISP
22388 BASELINE ROAD WEST
QUINCY, WA 98848


GRAHAM & DUNN
PIER 70
SUITE 300
2801 ALASKAN WAY
SEATTLE, WA 98121


GVT MARKETING & PROCUREMENT
SUITE 500
1818 LIBRARY STREET
RESTON, VA 20190


INTELLIDEX, LLC
SUITE 245
2269 CHESTNUT STREET
SAN FRANCISCO, CA 94123

INTERNAP NETWORK SERVICES
DEPT 0526
P.O. BOX 120526
DALLAS, TX 75312


INTL. PARKING MANAGEMENT
505 5TH AVE. S. STE P1
SEATTLE, WA 98104


JAN GYSBRECHTS
VIA ORTI 14
20122 MILAN
ITALY


JPC ARCHITECTS
601 108TH AVE NE - SUITE 2250
BELLEVUE, WA 98004


KELLY TUMELSON & KATIE TAYLOR
C/O KEVIN SULLIVAN
BANK OF AMERICA CENTER
701 FIFTH AVE., STE 3470
SEATTLE, WA 98101


MARLIN LEASING
PO BOX 13604
PHILADELPHIA, PA 19101-3604


MARTIN SMITH, INC.
PO BOX 94685
SEATTLE, WA 98124


NATIONWIDE TRUST COMPANY, FSB
PO BOX 183046
COLUMBUS, OH 43218


NEEDHAM & COMPANY LLC
GLEN W ALBANESE
445 PARK AVE
NEW YORK, NY 10022-4406


NETAPP FINANCIAL SOLUTIONS
SUITE 220
921 WALNUT STREET
BOULDER, CO 80302

NETAPP FINANCIAL SOLUTIONS
1800 BROADWAY SUITE 100
BOULDER, CO 80302


PRICEWATERHOUSECOOPERS LLP
P.O. BOX 31001-0068
PASADENA, CA 91110


QWEST
PO BOX 91155
SEATTLE, WA 98111-4480


QWEST AZ
PO BOX 29080
PHOENIX, AZ 85038


QWEST KY
BUSINESS SERVICES
PO BOX 856169
LOUISVILLE, KY 40285-6069


R GARRICK ASSOCIATES
1400 HUBBELL PLACE
SEATTLE, WA 98101-1910


ROBERT GENISE


ROCKY MTN EQUIP LEASING LLC
PMB 360
6947 COAL CREEK PKWY SE
NEWCASTLE, WA 98059


RUSSELL ALDRICH


SCOTT MILBURN
7480 81ST PLACE SE
MERCER ISLAND, WA 98040


SEADRUNAR RECYCLING
P.O. BOX 80864
SEATTLE, WA 98108

SKYTEL
PO BOX 70849
CHARLOTTE, NC 28272-0849


SPEAKEASY
PO BOX 34654
SEATTLE, WA 98124-1654


SULLIVAN & THORESON TRUST ACCT
RE: TUMELSONS


T-MOBILE
P.O. BOX 660252
DALLAS, TX 75266-0252


TABLEAU SOFTWARE, INC.
SUITE 400
837 N 34TH STREET
SEATTLE, WA 98103


THE HARTFORD - PRIORITY ACTS
GROUP BENEFITS DIVISION
P.O. BOX 8500-3690
PHILADELPHIA, PA 19178-3690


THE PRESS
406 OCCIDENTAL AVE. S.
SEATTLE, WA 98104


TRAVELERS
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008


WAHIT
C/O BENEFITS SOLUTIONS INC.
PO BOX 25
MUKILTEO, WA 98275


WCI
PO BOX 9497
SEATTLE, WA 98109


WIDENET CONSULTING
2910 1ST AVE, SUITE 200
SEATTLE, WA 98134