The Honorable Karen A. Overstreet

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: ) No. 10-10209-KAO
)
QL2 SOFTWARE, INC., )
) REQUEST FOR SPECIAL NOTICE
Debtor. )
)
)
)

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES IN INTEREST:

Please take notice that creditor, Graham & Dunn PC, by and through its undersigned attorneys, hereby requests, pursuant to Bankruptcy Rules 2002 and 3017, that it be given special notice of all motions, applications, hearings, orders, writings, proceedings and the like in the above-captioned matters, including, but not limited to, the following:

(a) All matters and papers which must be sent to creditors, equity security holders, or the unsecured creditors' committee;

(b) All matters regarding relief from the automatic stay under §362 of the Bankruptcy Code;

(c) All matters regarding the use, the sale or the lease of the Debtor's property under §363 of the Bankruptcy Code;

(d) All matters regarding the obtaining of credit under §364 of the Bankruptcy Code;

REQUEST FOR SPECIAL NOTICE -- 1

No. 10-10209-KAO
M38814-1325433

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

(e) All matters regarding executory contracts and unexpired leases under §365 of the Bankruptcy Code;

(f) All matters regarding the time requirements to file claims against the Debtor;

(g) All matters regarding reorganization of the Debtor, including the disclosure statement

(THIS IS YOUR WRITTEN REQUEST FOR A COPY OF ANY SUCH STATEMENT AND PLAN OF REORGANIZATION);

(h) All matters regarding any adversary proceeding filed by or against the Debtor; and

(i) All documents filed by any party in any adversary proceeding.

The undersigned further requests that all such notices be addressed as follows:

Mark D. Northrup
Brad A. Goergen
Graham & Dunn PC
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128

DATED this 12th day of January, 2010.

                                                                  GRAHAM & DUNN PC

                                                                  By: /s/ Mark D. Northrup
                                                                  Mark D. Northrup, WSBA #16947
                                                                  Email: mnorthrup@grahamdunn.com
                                                                  Brad A. Goergen, WSBA #41611
                                                                  Email: bgoergen@grahamdunn.com
                                                                  Pier 70
                                                                  2801 Alaskan Way, Suite 300
                                                                  Seattle, WA 98121-1128
                                                                  Telephone: (206) 624-8300
                                                                  Facsimile: (206) 340-9599
                                                                  Attorneys for Creditor, Graham & Dunn PC

REQUEST FOR SPECIAL NOTICE -- 2

No. 10-10209-KAO
M38814-1325433

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599