**Monthly Financial Report**
**Case No.**      **10-10209**
**Debtor:**       **QL2 Software, Inc.**
**Report Mo/Yr**  **Jan 12-31, 2010**


**UST-10 - COVER SHEET**

| Form | Report | Yes | No | Notes |
|------|--------|-----|-----|-------|
| | Debtor's Certification | X | | See PDF |
| UST-12 | Balance Sheet | X | | |
| UST-13A | Income Statement | X | | |
| UST-13B | Income Statement to Budget | X | | |
| UST-14A | Cash Receipts & Disbursements Summary | X | | |
| UST-14B | Cash Receipts & Disbursements Continuation Sheet | X | | |
| UST-14C | Bank statement - Wells Fargo | X | | See PDF |
| UST-14D | Bank statement - Barclays | X | | See PDF |
| UST-15A | Aged Receivables Summary | X | | |
| UST-15B | Aged Receivables Detail | X | | |
| UST-16A | Statement of Post-Petition Payables - Part A - Taxes | X | | |
| UST-16B | Statement of Post-Petition Payables - Part B - Other Payables | X | | |
| UST-16C | Statement of Post-Petition Payables - Part C - Estimated Professional Fees | X | | |
| UST-17 | Other Information | X | | |

**Contact Information:**

| | |
|---|---|
| Name | Peter Sullivan, Denali Financial Consulting |
| Telephone | 206.300.0597 |
| Email | peters@denalifc.com |

At month end, was debtor delinquent on any post-petition tax obligation?      No

TOTAL DISBURSEMENTS this period from all sources were:      $464,549

UST-10

## DEBTOR'S CERTIFICATION

INSTRUCTIONS:  The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below.  Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor.  Debtor's counsel may not sign a financial report for the debtor.

Question 1  At month end, was the debtor delinquent on any post-petition tax obligation?

Yes ☐        No ☐
If yes, list each delinquent post-petition tax obligation on page 9.

Question 2  For purposes of calculating the debtor's obligation under 28 U.S.C. 1130(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from all sources were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.

$

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature _____     Date _____

---

### Monthly Financial Reports

(due on the 15th of the subsequent month)

Original Place of Filing:

|  Seattle, WA ▽  |  Tacoma, WA ▽  |
| --- | --- |
| File the original with the court:  | File the original with the court:  |
| United States Bankruptcy Court | United States Bankruptcy Court |
| United States Courthouse | 1717 Pacific Avenue, Suite 2100 |
| 700 Stewart Street, Suite 6103 | Tacoma, WA 98402 |
| Seattle, WA 98101 | |

AND serve a copy on each of the following:

⊗   Each member of any committees elected or appointed pursuant to the Bankruptcy Code; and to their authorized agents.

⊗   Debtor's counsel

NOTE:  If the report is electronically filed with the Court, the United States Trustee will be served automatically.  There is no need to serve an additional copy on the United States Trustee.

Case 10-10209-KAO   Doc 104   Filed 02/17/10   Entered 02/17/10 17:57:44   Page 2 of 22

**Monthly Financial Report**
**Case No.**           10-10209
**Debtor:**           QL2 Software, Inc.
**Report Mo/Yr**    Jan 12-31, 2010

**UST-12 - BALANCE SHEET**
**1/31/2010**

| | Total |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Bank Accounts | |
| 101 Wells Fargo Operating | (16,831) |
| 103 Market Rate Savings | 6 |
| 105 Barclays | (3,135) |
| 107 QL2 India | 43,472 |
| 110 Merrill Lynch | 2,716 |
| Total Bank Accounts | 26,227 |
| **Total Bank Accounts** | 26,227 |
| Accounts Receivable | |
| A/R | |
| 120 Trade Receivables | 1,965,265 |
| 499 Allowance for Bad Debt | (30,000) |
| Total A/R | 1,935,265 |
| **Total Accounts Receivable** | 1,935,265 |
| Other Current Assets | |
| Other Current Assets | |
| 122 Prepaid Travel Credits | 68,425 |
| 123 Prepaid India Expansion | 47,639 |
| 124 Prepaid Other | 69,030 |
| 127 Prepaid Product Costs | 379,168 |
| Total Other Current Assets | 564,261 |
| **Total Current Assets** | 2,525,754 |
| Fixed Assets | |
| Fixed Assets | |
| 171 US Leasehold improvements | 41,276 |
| 173 India Leasehold improvements | 4,587 |
| 178 Capitalized Leased Equipment | 755,722 |
| 179 Accumulated Depreciation | (383,333) |
| Total Fixed Assets | 418,252 |
| **Total Fixed Assets** | 418,252 |
| Other Assets | |
| Intangible Assets | |
| 181 Intangible Assets - Other | 152,338 |
| 189 Accumulated Amortization | (106,626) |
| Total Intangible Assets | 45,711 |
| Other Assets | |
| 190 Prepaids Other | 809 |
| 191 Rent Deposit | 2,600 |
| Total Other Assets | 3,409 |
| **Total Other Assets** | 49,121 |
| **TOTAL ASSETS** | 2,993,127 |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Pre-Petition | 971,446 |

UST-12

| | Total |
|---|---:|
| Post-Petition | 677,239 |
| **Total A/P** | 1,648,685 |
| **Total Accounts Payable** | 1,648,685 |
| **Credit Cards** | |
| Credit Cards | 0 |
| 201 Amex Plum Cards | (259) |
| 202 Dell Credit | 20,007 |
| **Total Credit Cards** | 19,748 |
| **Other Current Liabilities** | |
| Accruals | |
| 210 Accrued Expenses | 63,788 |
| 220 QL2 US Accrued Commissions | 30,074 |
| 2200 Sales Tax Pay | 12,000 |
| 240 Accrued Payroll | 5,072 |
| 246 Deferred rent | 220,955 |
| **Total Accruals** | 331,889 |
| Deferred Revenue | |
| 260 Deferred Revenue | 4,575,614 |
| 271 Equipment Leases | 369,091 |
| 275 Customer Deposit | 50,000 |
| **Total Other Current Liabilities** | 5,326,594 |
| **Total Current Liabilities** | 6,995,027 |
| **Total Liabilities** | 6,995,027 |
| **Equity** | |
| Retained Earnings | (3,682,472) |
| Retained Earnings - Bal Forward | (778,055) |
| Stock | |
| 300 APIC | 27,633 |
| 302 Preferred Stock | 400,000 |
| **Total Stock** | 427,633 |
| Net Income | 30,994 |
| **Total Equity** | (4,001,900) |
| **TOTAL LIABILITIES AND EQUITY** | 2,993,127 |

Friday, Feb 12, 2010 01:05:11 PM GMT-8 - Accrual Basis

UST-12

**Monthly Financial Report**
Case No.                    10-10209
Debtor:                     QL2 Software, Inc.
Report Mo/Yr                Jan 12-31, 2010

**UST-13A INCOME STATEMENT**
**For the Month Ended 1/31/10**

|  | Total |
|---|---:|
| **Income** | |
| Revenue - Enterprise Sales | |
| 400 WebQL - Enterprise Licenses | 960,607 |
| **Total Revenue - Enterprise Sales** | 960,607 |
| **Total Income** | 960,607 |
| **Cost of Goods Sold** | |
| COGS | |
| 504 Data Costs | 390 |
| 505 Colocation | 52,923 |
| 509 Partner Licensing | 4,123 |
| 510 Direct Product Costs | 93,958 |
| 520 Training Expense | 90 |
| 599 Fx | (354) |
| **Total COGS** | 151,130 |
| **Total Cost of Goods Sold** | 151,130 |
| **Gross Profit** | 809,477 |
| **Expenses** | |
| Commissions | |
| 604 Commissions | 19,304 |
| **Total Commissions** | 19,304 |
| Consulting | |
| 670 Consulting | 91,935 |
| 673 Legal Fees | 22,422 |
| 676 Legal Settlement Fees | 5,970 |
| **Total Consulting** | 120,327 |
| **Employee-Related Expenses** | |
| 600 Salaries | 359,064 |
| 620 FICA & Medicare | 28,653 |
| 621 Unemployment | 13,518 |
| 622 L&I - Workers Comp | 2,138 |
| 623 ARRA Cobra Subsidy | 5,072 |
| 630 Employee Benefits | 18,753 |
| 631 Employee Transportation | 5,534 |
| 632 Payroll Service | 1,003 |
| 643 Lunchroom | 894 |
| **Total Employee-Related Expenses** | 434,627 |
| **Equipment & Software Expenses** | |
| 805 Computer Equipment | 32 |
| 812 Software | 6,479 |
| **Total Equipment & Software Expenses** | 6,511 |
| **Occupancy Expenses** | |
| 850 Rent | 49,429 |
| 851 Telephone | 6,310 |
| 853 Internet Bandwidth | 704 |
| **Total Occupancy Expenses** | 56,443 |
| **Office & Admin Expenses** | |
| 763 Cell phones | 791 |
| 810 Office Supplies | 845 |

UST-13A

| | Total |
|---|---:|
| 813 Copying and Printing | 637 |
| 814 Postage and Delivery | 591 |
| 816 Dues and Subscriptions | 287 |
| 830 Bank Service Charges | 340 |
| 831 Finance Charges | 1,726 |
| 832 Taxes and Licenses | 6,819 |
| 834 Business Insurance | 11,023 |
| 849 Miscellaneous | 249 |
| **Total Office & Admin Expenses** | **23,308** |
| **Out-of-town Business Travel** | |
| 750 Airfare | 306 |
| 751 Lodging | 946 |
| 752 Meals & Entertainment | 1,216 |
| 753 Other Travel | 1,254 |
| 760 Travel Meetings & Conferences | 105 |
| 791 Mileage | 24 |
| **Total Out-of-town Business Travel** | **3,851** |
| **QL2 Europe Ltd.** | |
| 720 UK Salaries | 12,365 |
| 721 UK Commissions | 4,068 |
| 722 UK Benefits | 4,192 |
| 723 UK Rent | 2,391 |
| **Total QL2 Europe Ltd.** | **23,016** |
| **QL2 India** | |
| 780 India Salaries | 51,800 |
| 782 India Benefits | 4,800 |
| 783 India Rent | 1,500 |
| 786 India Administration | 5,100 |
| **Total QL2 India** | **63,200** |
| **Sales and Marketing** | |
| 704 Marketing Other | 680 |
| 711 Tradeshow Travel | 335 |
| 712 Tradeshow Meals & Entertainment | 166 |
| **Total Sales and Marketing** | **1,181** |
| **Total Expenses** | **751,767** |
| **Net Operating Income** | **57,710** |
| **Other Expenses** | |
| Depreciation & Amortization | |
| 900 Depreciation | 22,093 |
| **Total Depreciation & Amortization** | **22,093** |
| Interest Expense | |
| 920 Interest Expense | 4,623 |
| **Total Interest Expense** | **4,623** |
| **Total Other Expenses** | **26,716** |
| **Net Other Income** | **(26,716)** |
| **Net Income** | **30,994** |

Friday, Feb 12, 2010 01:03:29 PM GMT-8 - Accrual Basis

UST-13A

**Monthly Financial Report**
**Case No.**        **10-10209**
**Debtor:**        **QL2 Software, Inc.**
**Report Mo/Yr**        **Jan 12-31, 2010**

**UST-13B - INCOME STATEMENT TO BUDGET**
**For the Month Ended 1/31/10**

| | | Budget | Actual | Variance $ | Variance % |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Revenue | | 1,116,560 | 960,607 | (155,952) | (14.0%) |
| | | | | | |
| Cost of Revenue: | | | | | |
| Product Cost | | 94,000 | 93,958 | (42) | (0.0%) |
| Colocation Cost | | 38,000 | 52,923 | 14,923 | 39.3% |
| Network | | 2,500 | | (2,500) | |
| Equipment | | 25,000 | | (25,000) | |
| Service Agreements/Other | | 4,000 | 4,249 | 249 | 6.2% |
| Total Cost of Revenue | | 163,500 | 151,130 | (12,370) | (7.6%) |
| | | | | | |
| Gross Profit | | 953,060 | 809,477 | (143,582) | (15.1%) |
| Gross Margin | | 85% | 84% | 92% | |
| | | | | | |
| **Operating Expense** | | | | | |
| Sales and Marketing: | | | | | |
| Salaries | | 109,313 | 107,068 | (2,245) | (2.1%) |
| Marketing | | 10,667 | 1,181 | (9,486) | (88.9%) |
| Travel | | 9,000 | 1,932 | (7,068) | (78.5%) |
| Capital Expenditures (CAPEX) | | 5,000 | 0 | (5,000) | (100.0%) |
| Commissions | | 20,000 | 19,304 | (696) | (3.5%) |
| Consulting/Contractor | | 0 | 25,000 | 25,000 | |
| Total Sales and Marketing | | 153,980 | 154,485 | 505 | 0.3% |
| | | | | | |
| Product Engineering & IT: | | | | | |
| Salaries | | 246,163 | 245,901 | (262) | (0.1%) |
| Travel | | 6,000 | 1,919 | (4,081) | (68.0%) |
| Capital Expenditures (CAPEX) | | 23,250 | 6,511 | (16,739) | (72.0%) |
| Consulting/Contractor | | 10,000 | 54,625 | 44,625 | 446.3% |
| Total Product Engineering & IT | | 285,413 | 308,956 | 23,543 | 8.2% |
| | | | | | |
| General and Administrative: | | | | | |
| Salaries | | 70,090 | 81,658 | 11,568 | 16.5% |
| Facilities | | 48,000 | 49,429 | 1,429 | 3.0% |
| Depreciation | | 8,000 | 22,093 | 14,093 | 176.2% |
| Travel | | 4,500 | 0 | (4,500) | (100.0%) |
| Phone | | 8,500 | 7,014 | (1,486) | (17.5%) |
| Capital Expenditures (CAPEX) | | 4,000 | 0 | (4,000) | (100.0%) |
| Supplies/Office & Administration | | 4,000 | 27,931 | 23,931 | 598.3% |
| Consulting/Contractor | | 0 | 12,310 | 12,310 | |
| Total General and Administrative | | 147,090 | 200,435 | 53,345 | 36.3% |
| | | | | | |
| International: | | | | | |
| India (Salary, Facilities, Other) | | 80,000 | 63,200 | (16,800) | (21.0%) |
| UK (Salary, Facilities, Other) | | 37,500 | 23,016 | (14,484) | (38.6%) |
| Total International | | 117,500 | 86,216 | (31,284) | (26.6%) |
| | | | | | |
| Re-organization Payments | | 65,000 | 28,392 | (36,608) | (56.3%) |
| Total Operating Expense | | 768,983 | 778,483 | 9,501 | 1.2% |
| | | | | | |
| **EBITDA** | | 184,077 | 30,994 | (153,083) | (83.2%) |
| | | | | | |
| Beginning cash | [a] | 33,071 | 13,023 | (20,048) | (60.6%) |
| | | | | | |
| Cash receipts from operations | [b] | 868,169 | 477,754 | (390,416) | (45.0%) |
| | | | | | |
| Cash disbursements from operations | | (867,483) | | | |
| Disbursements (unnecessary) | | 262,621 | | | |
| Total disbursements | [c] | (604,862) | (464,549) | 140,313 | (23.2%) |
| | | | | | |
| Re-organization Payments | [d] | 0 | | | |
| | | | | | |
| Ending cash | [a-d] | 296,379 | 26,227 | (270,151) | (91.2%) |

[a Cash balance beginning-of-month. January balance is as of 1.12.10.
[b Monthly cash receipts from operations
[c Monthly cash disbursements. January includes only necessary cash disbursements for period 1.12.10 to 1.29.10 as listed in attached "AP" worksheet.
[d Re-organization payments to creditors
[a Cash balance end-of-month; sum of [a] through [d]

UST-13B

**Monthly Financial Report**
**Case No.** 10-10209
**Debtor:** QL2 Software, Inc.
**Report Mo/Yr** Jan 12-31, 2010

**UST-14A - CASH RECEIPTS & DISBURSEMENTS SUMMARY**

| | | |
|---|---|---|
| **TOTAL RECEIPTS** | $477,753.60 | see UST-14B continuation sheet |
| **DISBURSEMENTS:** | | |
| Disbursements from continuation sheet | ($464,548.82) | see UST-14B continuation sheet |
| Disbursements from asset sales | $0.00 | |
| **TOTAL DISBURSEMENTS** | ($464,548.82) | |
| **NET CASH FLOW** | $13,204.78 | |

At month-end, did debtor have any delinquent statutory fees owing to the United States Trustee?     NO

**Payments on Pre-Petition Unsecured Debt (requires court approval)**
Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on   YES, see UST-14B
pre-petition unsecured debt?

**Payments to Attorneys and Other Professionals (requires court approval)**
Did the debtor, or another party on behalf of the debtor, make any payments during this reporting period to   YES, see below
a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other
professional person?

See details of following payments in UST-14B:
1/20/10 payment to Mark Rostron
1/29/10 payment to Karr, Tuttle, Campbell

**Payments to an Officer, Director, Partner, or Other Insider of the Debtor**
Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to   YES, see below
an officer, director, partner, or other insider of the debtor?

See details of following payments in UST-14B:
1/15/10 payroll payments to Aldrich (director/officer), Milburn (officer) and Campbell (officer)
1/29/10 payroll payments to Aldrich (director/officer), Milburn (officer) and Campbell (officer)

UST 14A

**Monthly Financial Report**
**Case No.** 10-10209
**Debtor:** QL2 Software, Inc.
**Report Mo/Yr** Jan 12-31, 2010

**UST - 14B - CASH RECEIPTS AND DISBURSEMENTS Continuation Sheet**

| Purpose of Account | Summary | | |
|---|---|---|---|
| General operating account & payroll | 101 Bank Accounts:Wells Fargo Operating | | |
| (see monthly bank statement attached) | | disbursement | ($464,548.82) |
| | | deposit | $477,753.60 |
| | | transfer | ($44,460.00) |
| UK operating account | 105 Bank Accounts:Barclays | | |
| (see monthly bank statement attached) | | disbursement | $0.00 |
| | | deposit | $0.00 |
| | | transfer | $19,460.00 |
| India operating account | 107 Bank Accounts:QL2 India | | |
| | | disbursement | $0.00 |
| | | deposit | $0.00 |
| | | transfer | $25,000.00 |
| | Net Cash Flow | | $13,204.78 |

| Date | Type | Num | Name | Memo/Description | Bank Account | Type | Amount | Pre-Petition Payment & Nature | Date of court approval |
|---|---|---|---|---|---|---|---|---|---|
| 1/12/10 | Payment | | Ryan Air | | 101 Bank Accounts: | deposit | 5,000.00 | | |
| 1/12/10 | General Journal | 221 | | Smith Travel Partner Revenue - Wire Received | 101 Bank Accounts: | deposit | 13,450.00 | | |
| 1/13/10 | General Journal | 304 | | Wells Fargo BankCard Fees | 101 Bank Accounts: | disbursement | (95.53) | | |
| 1/13/10 | Payment | 2545 | Porter Airlines | | 101 Bank Accounts: | deposit | 1,334.00 | | |
| 1/13/10 | Payment | | WizzAir | | 101 Bank Accounts: | deposit | 4,000.00 | | |
| 1/14/10 | Payment | | VLM Airlines N.V. | | 101 Bank Accounts: | deposit | 3,500.00 | | |
| 1/14/10 | Payment | | SNCF | | 101 Bank Accounts: | deposit | 11,453.00 | | |
| 1/14/10 | Payment | | Interjet | | 101 Bank Accounts: | deposit | 39,900.00 | | |
| 1/15/10 | Bill Payment (Chec | 5547 | Mahesh Khanna | | 101 Bank Accounts: | disbursement | (10,950.00) | payroll, officer/director | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5500 | Russell Aldrich | Debtor in Possession | 101 Bank Accounts: | disbursement | (7,275.91) | payroll, officer | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5532 | Scott Milburn | Debtor in Possession | 101 Bank Accounts: | disbursement | (5,295.12) | payroll, officer | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5516 | Rosemary Hausler | Debtor in Possession | 101 Bank Accounts: | disbursement | (5,226.72) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5506 | Kerri Bozeman | Debtor in Possession | 101 Bank Accounts: | disbursement | (5,222.40) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5536 | Sue Reed | Debtor in Possession | 101 Bank Accounts: | disbursement | (4,283.16) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5510 | Paul Campbell | Debtor in Possession | 101 Bank Accounts: | disbursement | (4,233.53) | payroll, officer | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5515 | Mark Ghazal | Debtor in Possession | 101 Bank Accounts: | disbursement | (4,230.04) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5509 | Joshua Burgin | Debtor in Possession | 101 Bank Accounts: | disbursement | (3,830.90) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5519 | David Jantzen | Debtor in Possession | 101 Bank Accounts: | disbursement | (3,629.74) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5541 | Dale Smith | Debtor in Possession | 101 Bank Accounts: | disbursement | (3,541.05) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5529 | James McCabe | Debtor in Possession | 101 Bank Accounts: | disbursement | (3,223.72) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5530 | David McFeely | Debtor in Possession | 101 Bank Accounts: | disbursement | (3,208.44) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5533 | John Neely | Debtor in Possession | 101 Bank Accounts: | disbursement | (3,156.25) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5503 | Lauren Bankston | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,946.45) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5520 | Timothy Jones | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,916.83) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5523 | Chris Klassen | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,889.85) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5539 | Martin Saxer | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,849.14) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5537 | Tom Safford | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,839.36) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5504 | Jeffrey Bertrand | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,826.79) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5517 | Justin Hill | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,811.07) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5524 | Rand Knight | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,790.00) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5514 | Derrick T. Elliott | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,627.72) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5545 | Adam Williams | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,513.42) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5528 | Leah Martz | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,512.47) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5526 | Peter Latimer | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,487.36) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5508 | Ari Brown | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,424.63) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5540 | Lyudmila Shornal | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,392.26) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5507 | Dale Bremer | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,377.65) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5544 | Sean Thomassie | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,062.94) | payroll | 1/29/2010 |

UST-14B

| Date | Type | Num | Name | Memo/Description | Bank Account | Type | Amount | Pre-Petition Payment & Nature | Date of court approval |
|---|---|---|---|---|---|---|---|---|---|
| 1/15/10 | Bill Payment (Chec | 5501 | Trevor Anderson | Debtor in Possession | 101 Bank Accounts: | disbursement | (2,057.70) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5535 | Blake Pusztai | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,983.16) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5518 | Jeff Jacobs | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,969.43) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5513 | Nathan Doyle | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,929.94) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5546 | Mia Zhao | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,914.37) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5527 | Sinming Li | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,890.80) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5521 | Dan Judd | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,872.09) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5502 | Greg Baker | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,836.34) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5531 | Tara Meyer | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,777.07) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5542 | Angelique Stiglic | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,760.83) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5525 | Seung Koh | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,744.93) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5538 | Shayne Sandison | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,730.90) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5543 | Eric Taylor | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,642.26) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5512 | Christina Dechen | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,636.14) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5534 | Sarah Porter | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,581.37) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5505 | Scott Bishop | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,189.46) | payroll | 1/29/2010 |
| 1/15/10 | Bill Payment (Chec | 5511 | Jodi DeCamillo | Debtor in Possession | 101 Bank Accounts: | disbursement | (1,187.35) | payroll | 1/29/2010 |
| 1/15/10 | General Journal | 303 | | SurePayroll Monthly Fees | 101 Bank Accounts: | disbursement | (16.95) | payroll | |
| 1/15/10 | Bill Payment (Chec | 5522 | Mahesh Khanna | Voided - Debtor in Possession | 101 Bank Accounts: | disbursement | 0.00 | | |
| 1/15/10 | Payment | | Irish Continental Group | | 101 Bank Accounts: | deposit | 10,607.00 | | |
| 1/15/10 | Payment | | Europcar Asia Pacific | | 101 Bank Accounts: | deposit | 11,812.50 | | |
| 1/15/10 | Deposit | | Smith Travel | | 101 Bank Accounts: | deposit | 21,278.48 | | |
| 1/19/10 | General Journal | 296 | | Wire Transfer to ADP - 01.15.10 Payroll Taxes Due | 101 Bank Accounts: | disbursement | (66,820.14) | payroll | 1/29/2010 |
| 1/19/10 | General Journal | 297 | | Online Payment to Nationwide for 401k Contributions ' | 101 Bank Accounts: | disbursement | (6,986.75) | employee 401k | 1/29/2010 |
| 1/19/10 | General Journal | 295 | | FX Gain on Incoming Wire from CarDelMar 6880 | 101 Bank Accounts: | deposit | 501.89 | | |
| 1/19/10 | Payment | | Iceland Air | | 101 Bank Accounts: | deposit | 5,000.00 | | |
| 1/19/10 | Payment | | CarDelMar Ferienautovermietung GmbH | | 101 Bank Accounts: | deposit | 6,227.00 | | |
| 1/19/10 | Payment | 165760 | A-Check America | | 101 Bank Accounts: | deposit | 7,500.00 | | |
| 1/19/10 | Payment | 5872 | Oxbo Systems, Inc. | Invoice 6509FI | 101 Bank Accounts: | deposit | 7,500.00 | | |
| 1/19/10 | Payment | 66788 | KC Data Services | | 101 Bank Accounts: | deposit | 60,000.00 | | |
| 1/19/10 | Payment | 6011911 | Carquest | | 101 Bank Accounts: | deposit | 75,000.00 | | |
| 1/20/10 | General Journal | 298 | | Wire Transfer to India Account | 101 Bank Accounts: | transfer | (25,000.00) | Fund India operations | |
| 1/20/10 | General Journal | 299 | | Wire Transfer to UK Account | 101 Bank Accounts: | transfer | (19,460.00) | Fund UK operations | |
| 1/20/10 | Bill Payment (Chec | 5549 | Cascade Broadband, LLC | | 101 Bank Accounts: | disbursement | (19,370.00) | ISP services | 1/29/2010 |
| 1/20/10 | Bill Payment (Chec | 5548 | WAHIT | 2230 | 101 Bank Accounts: | disbursement | (15,256.00) | employee benefits | 1/29/2010 |
| 1/20/10 | Bill Payment (Chec | 5550 | Internap Network Services | 1945419 | 101 Bank Accounts: | disbursement | (10,022.00) | co-location services | 1/29/2010 |
| 1/20/10 | Bill Payment (Chec | 5551 | Mark Rostron | | 101 Bank Accounts: | disbursement | (7,560.00) | IT contractor | 1/29/2010 |
| 1/20/10 | General Journal | 302 | | Wells Fargo Service Fees | 101 Bank Accounts: | disbursement | (244.59) | | |
| 1/20/10 | Payment | | National Express Corp. | Invoice 6854AB | 101 Bank Accounts: | deposit | 13,030.22 | | |
| 1/20/10 | General Journal | 299 | | Wire Transfer to UK Account | 105 Bank Accounts: | transfer | 19,460.00 | | |
| 1/20/10 | General Journal | 298 | | Wire Transfer to India Account | 107 Bank Accounts: | transfer | 25,000.00 | | |
| 1/21/10 | General Journal | 301 | | FlexPlan Auto Payment for Invoice #149372/39114677 | 101 Bank Accounts: | disbursement | (63.10) | payroll | 1/29/2010 |
| 1/21/10 | Payment | | Opodo | Invoice 6884 | 101 Bank Accounts: | deposit | 2,000.00 | | |
| 1/21/10 | Payment | | US Airways Vacations | | 101 Bank Accounts: | deposit | 15,000.00 | | |
| 1/22/10 | General Journal | 300 | | ADP 01.15.10 Payroll Fees | 101 Bank Accounts: | disbursement | (470.98) | payroll | 1/29/2010 |
| 1/25/10 | General Journal | 307 | | Voids Check 5168: Check lost in mail.  New invoice pr | 101 Bank Accounts: | deposit | 810.00 | | |
| 1/25/10 | Payment | 3298 | OpenClose Solutions | | 101 Bank Accounts: | deposit | 3,270.00 | | |
| 1/25/10 | Payment | 300934 | Target Corp. | Invoice 6458GL | 101 Bank Accounts: | deposit | 11,933.25 | | |
| 1/26/10 | Payment | | Opodo | Invoie 6878 | 101 Bank Accounts: | deposit | 10,000.00 | | |
| 1/26/10 | Payment | | South African Airlines | | 101 Bank Accounts: | deposit | 10,000.00 | | |
| 1/26/10 | Payment | 356862 | Mark Travel Corporation | | 101 Bank Accounts: | deposit | 13,773.26 | | |
| 1/26/10 | Payment | | GE Consumer & Industrial | Invoice 6877BD | 101 Bank Accounts: | deposit | 20,625.00 | | |
| 1/27/10 | General Journal | 308 | | ADP Payroll Taxes - 01.31.10 Payroll | 101 Bank Accounts: | disbursement | (53,150.68) | payroll | 1/29/2010 |
| 1/27/10 | Payment | | Brit Air | | 101 Bank Accounts: | deposit | 5,250.00 | | |
| 1/28/10 | Bill Payment (Chec | 5554 | Peter Latimer | | 101 Bank Accounts: | disbursement | (2,194.22) | payroll | 1/29/2010 |
| 1/28/10 | Bill Payment (Chec | 5555 | Greg Baker | | 101 Bank Accounts: | disbursement | (1,836.34) | payroll | 1/29/2010 |
| 1/28/10 | Bill Payment (Chec | 5556 | Christina Dechen | | 101 Bank Accounts: | disbursement | (1,636.14) | payroll | 1/29/2010 |
| 1/28/10 | General Journal | 317 | | FLEX PLAN SERVIC PAYMENT QL2 CONTRIB 12/31 | 101 Bank Accounts: | disbursement | (1,216.90) | payroll | 1/29/2010 |
| 1/28/10 | Bill Payment (Chec | 5553 | Mahesh Khanna | | 101 Bank Accounts: | disbursement | (993.32) | payroll | 1/29/2010 |
| 1/28/10 | Check | 5552 | USPS | Postage | 101 Bank Accounts: | disbursement | (171.20) | | |
| 1/28/10 | General Journal | 310 | | FX on incoming wire - SeaFrance 6757AX | 101 Bank Accounts: | disbursement | (147.50) | | |
| 1/28/10 | Payment | | Tufton Oceanic Ltd | Invoice 6834BD | 101 Bank Accounts: | deposit | 4,250.00 | | |

| Date | Type | Num | Name | Memo/Description | Bank Account | Type | Amount | Pre-Petition Payment & Nature | Date of court approval |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/10 | Payment | | SeaFrance | Invoice 6757AX | 101 Bank Accounts: | deposit | 7,050.00 | | |
| 1/28/10 | Payment | 448100 | Air Canada Vacations | | 101 Bank Accounts: | deposit | 18,000.00 | | |
| 1/29/10 | Bill Payment (Chec | 5602 | Rocky Mountain Equipment Leasing, LLC | | 101 Bank Accounts: | disbursement | (7,300.00) | equipment lease | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5600 | Russell Aldrich | | 101 Bank Accounts: | disbursement | (7,275.93) | payroll, officer/director | 1/29/2010 |
| 1/29/10 | Check | 5601 | Karr, Tuttle, Campbell | | 101 Bank Accounts: | disbursement | (5,970.00) | escrow payment for secured creditor | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5560 | Scott Milburn | | 101 Bank Accounts: | disbursement | (5,295.14) | payroll, officer | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5566 | Rosemary Hausler | | 101 Bank Accounts: | disbursement | (5,226.71) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5570 | Kerri Bozeman | | 101 Bank Accounts: | disbursement | (5,222.40) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5562 | Susan Reed | | 101 Bank Accounts: | disbursement | (4,283.18) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5569 | Paul Campbell | | 101 Bank Accounts: | disbursement | (4,233.53) | payroll, officer | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5590 | Mark Ghazal | | 101 Bank Accounts: | disbursement | (4,230.02) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5565 | Joshua Burgin | | 101 Bank Accounts: | disbursement | (3,830.90) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5575 | David Jantzen | | 101 Bank Accounts: | disbursement | (3,629.74) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5583 | Dale Smith | | 101 Bank Accounts: | disbursement | (3,541.04) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5564 | Jeffrey Bertrand | | 101 Bank Accounts: | disbursement | (3,320.55) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5579 | James McCabe | | 101 Bank Accounts: | disbursement | (3,223.72) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5580 | David McFeely | | 101 Bank Accounts: | disbursement | (3,208.43) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5591 | John Neely | | 101 Bank Accounts: | disbursement | (3,156.25) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5563 | Lyudmila Shornal | | 101 Bank Accounts: | disbursement | (3,126.85) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5568 | Lauren Bankston | | 101 Bank Accounts: | disbursement | (2,946.45) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5576 | Timothy Jones | | 101 Bank Accounts: | disbursement | (2,916.85) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5577 | Chris Klassen | | 101 Bank Accounts: | disbursement | (2,889.85) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5582 | Martin Saxer | | 101 Bank Accounts: | disbursement | (2,849.14) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5595 | Tom Safford | | 101 Bank Accounts: | disbursement | (2,839.38) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5574 | Justin Hill | | 101 Bank Accounts: | disbursement | (2,811.06) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5597 | Rand Knight | | 101 Bank Accounts: | disbursement | (2,790.00) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5572 | Derrick T. Elliott | | 101 Bank Accounts: | disbursement | (2,627.72) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5586 | Adam Williams | | 101 Bank Accounts: | disbursement | (2,513.43) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5599 | Leah Martz | | 101 Bank Accounts: | disbursement | (2,512.45) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5589 | Ari Brown | | 101 Bank Accounts: | disbursement | (2,424.83) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5557 | Dale Bremer | | 101 Bank Accounts: | disbursement | (2,377.64) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5585 | Sean Thomassie | | 101 Bank Accounts: | disbursement | (2,062.93) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5587 | Trevor Anderson | | 101 Bank Accounts: | disbursement | (2,057.71) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5592 | Blake Pusztai | | 101 Bank Accounts: | disbursement | (1,983.17) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5573 | Jeff Jacobs | | 101 Bank Accounts: | disbursement | (1,969.43) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5571 | Nathan Doyle | | 101 Bank Accounts: | disbursement | (1,929.94) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5598 | Mia Zhao | | 101 Bank Accounts: | disbursement | (1,914.37) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5596 | Sinming Li | | 101 Bank Accounts: | disbursement | (1,890.81) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5594 | Dan Judd | | 101 Bank Accounts: | disbursement | (1,872.09) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5567 | Tara Meyer | | 101 Bank Accounts: | disbursement | (1,777.07) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5593 | Angelique Stiglic | | 101 Bank Accounts: | disbursement | (1,760.83) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5578 | Seung Koh | | 101 Bank Accounts: | disbursement | (1,744.94) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5581 | Shayne Sandison | | 101 Bank Accounts: | disbursement | (1,730.90) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5584 | Eric Taylor | | 101 Bank Accounts: | disbursement | (1,642.26) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5561 | Sarah Porter | | 101 Bank Accounts: | disbursement | (1,581.36) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5588 | Scott Bishop | | 101 Bank Accounts: | disbursement | (1,189.46) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5559 | Jodi DeCamillo | | 101 Bank Accounts: | disbursement | (1,187.34) | payroll | 1/29/2010 |
| 1/29/10 | General Journal | 316 | | ADP Payroll Fees | 101 Bank Accounts: | disbursement | (150.00) | payroll | 1/29/2010 |
| 1/29/10 | Bill Payment (Chec | 5558 | Russell Aldrich | Voided | 101 Bank Accounts: | disbursement | 0.00 | | |
| 1/29/10 | Payment | | Azul Linhas Aereas Brasileiras | 6542FL | 101 Bank Accounts: | deposit | 6,000.00 | | |
| 1/29/10 | Payment | 1733 | Z Global | Invoice 6733BB | 101 Bank Accounts: | deposit | 9,700.00 | | |
| 1/29/10 | Payment | | Jet2.Com Ltd. | Invoice 6590BB | 101 Bank Accounts: | deposit | 43,000.00 | | |

UST-14B

# Business Current Account Statement



Account name    QL2 EUROPE LIMITED
Account number    8230    Sort Code  20-65-63

Statement for 1 Jan – 1 Feb 2010
Statement sheet 75 (issued on 1 Feb 2010)

| | |
|---|---|
| Balance from 31 Dec 2009 | 5,852.12 |
| Total payments – incl. commission & interest | 18,907.28 |
| Commission charges | 0.00 |
| Interest paid | 0.00 |
| Total receipts | 15,727.70 |
| Balance as at 1 Feb | 2,672.54 |

254    1 of    2 G003 FBA1    6585 (2251300)1

THE DIRECTORS
QL2 EUROPE LIMITED
QL SOFTWARE INC
316 OCCIDENTAL AVENUE S
SUITE 410    SEATTLE
WA 98104    UNITED STATES

*IBAN*    GB91 BARC 2065 6320 1182 30
*SWIFTBIC*    BARCGB22

## Transactions in date order

| Date | Description | Payments | Receipts | Balance |
|---|---|---|---|---|
| | Balance brought forward | | | 5,852.12 |
| 5 Jan | On-line Banking bill payment to Turbervilles Clien *Ref–43 High Str Madox* | 1,053.00 | | 4,799.12 |
| 14 Jan | On-line Banking bill payment to Deriaz Slater Lap *Ref–43 High St RM 2* | 939.35 | | 3,859.77 |
| 18 Jan | On-line Banking bill payment to AO Shipley *Ref–120PE00219836* | 4,032.29 | | |
| | Correction to AO Shipley 120PE00219836 *We apologise for this error on your account which we have corrected. You have not been charged for either of these entries.* | | 4,032.29 | 3,859.77 |
| 21 Jan | AFTS receipt from QL2 Software Inc 505278 WFBIUS6S | | 11,695.41 | 15,555.18 |
| 22 Jan | On-line Banking bill payment to AO Shipley *Ref–120PE00219836* | 4,032.29 | | 11,522.89 |
| 25 Jan | Direct debit to Regus Treasury *Ref–4088868* | 391.39 | | 11,131.50 |
| 28 Jan | Direct debit to Standard Life A Co *Ref–K3158350500R02MM28* | 765.00 | | |
| | On-line Banking bill payment to B Bokan Tomic *Ref–Salary* | 536.28 | | |
| | On-line Banking bill payment to Ellis Ford *Ref–Expenses* | 2,379.45 | | |
| | On-line Banking bill payment to Thomas Laveau *Ref–Salary* | 4,778.23 | | 2,672.54 |
| 1 Feb | Balance carried forward | | | 2,672.54 |
| | **Total Payments/Receipts** | 18,907.28 | 15,727.70 | |

*Continued*

# Business Current Account Statement



Account name    QUA EUROPE LIMITED

Account number    30118230    Sort Code  20-65-63

y

251   2 of   2 (EU) FRA1   6563 1225130011

## Transactions in date order

| Date Description | Payments | Receipts | Balance |
|---|---|---|---|
| Continued | | | |

Dispute Resolution

If you have a problem with your agreement, please try to resolve it with us in the first instance. If you are not happy with the way in which we handled your complaint or the result, you may be able to complain to the Financial Ombudsman Service. If you do not take up your problem with us first you will not be entitled to complain to the Ombudsman. We can provide details of how to contact the Ombudsman.

Barclays Base Rate Information
Rate effective from 05 Mar 2009                    0.500%



WELLS FARGO BANK, N.A.
WASHINGTON BBG
P.O. BOX 6995
PORTLAND, OR 97228-6995

Account Number:    1,092    (CO120)
                        6151
Statement Start Date:    01/08/10
Statement End Date:    01/31/10

QL2 SOFTWARE, INC.
316 OCCIDENTAL AVE S STE 410
SEATTLE WA 98104-2874

For Customer Assistance:
Call 800-225-5935 (1-800-CALL-WELLS).

| Account Number | Beginning Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| Choice IV Commercial Checking 5128756151 | 47,761.33 | 574,406.97 | - 520,835.22 | 101,333.08 |

### News from Wells Fargo

## Credits
### Deposits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jan 13 | 6,434.00 | Deposit |
| | Jan 19 | 150,000.00 | Deposit |
| | Jan 25 | 15,203.25 | Deposit |
| | Jan 27 | 13,773.26 | Deposit |
| | Jan 28 | 18,000.00 | Deposit |
| | Jan 29 | 9,700.00 | Deposit |
| | | 213,110.51 | Total Deposits |

### Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jan 08 | 35,000.00 | WT Fed#03247 Banco Do Brasil S /Org=vrg Linhas Aereas S A, Srf# 0108438472008366 Trn#100108041680 Rfb# |
| | Jan 08 | 30,000.00 | Newarkinone Payment GE*1*648\EA*1*000001734\ |
| | Jan 08 | 5,485.00 | WT Fed#00151 Ing Belgium SA Nv /Org=nv Jetair Srf# 5880600008Fs Trn#100108012485 Rfb# Swi Of 10/01/08 |
| | Jan 08 | 20,000.00 | Online Transfer Ref #BBE82B7GB6 From 5612968791 On 01/08/2010 0135 PM |
| | Jan 11 | 3,937.50 | WT Fed#00522 Axis Bank Limited /Org=spicejet Limited Srl# FTS1001110613300 Trn#100111016661 Rfb# |
| | Jan 12 | 13,450.00 | Smith Travel QL2 011210 QL2 Quarterly Commissions |
| | Jan 12 | 5,000.00 | WT Fed#02504 Ryanair Limited /Org=ryanair Limited Srf# 0117900012lj Trn#100112045813 Rfb# Epi Of 10/01/12 |

Continued on next page



*125?E02?1000190131104161010?0*

**Monthly Financial Report**
**Case No.**      **10-10209**
**Debtor:**      **QL2 Software, Inc.**
**Report Mo/Yr**      **Jan 12-31, 2010**

**UST-15 - AGED RECEIVABLES SUMMARY**

**Accounts Receivable Aging**

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition A/R | $430,424.02 | $326,325.27 | $12,568.25 | $5,250.00 | $86,280.50 | $0.00 |
| Post-petition A/R | $1,534,840.98 | $1,534,840.98 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | $1,965,265.00 | $1,861,166.25 | $12,568.25 | $5,250.00 | $86,280.50 | $0.00 |

**Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.**
   A rigorous dunning cycle is in place to follow-up on each past-due invoice including notices, phone-calls and termination of service.

**Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor?**
   No.

**Accounts Receivable Reconciliation**

| | |
|---|---|
| Closing balance from prior month | $981,235.78 |
| New A/R added this month | $1,655,229.45 |
| Subtotal | $2,636,465.23 |
| Less A/R collected | ($575,652.73) |
| Less A/R written-off | ($95,547.50) |
| Closing balance for current month | $1,965,265.00 |

UST-15A

**Monthly Financial Report**
**Case No.**          10-10209
**Debtor:**           QL2 Software, Inc.
**Report Mo/Yr**      Jan 12-31, 2010

**UST-15B - AGED RECEIVABLES DETAIL**

|                      | Pre-Petition | Post-Petition | Total        |
|----------------------|-------------:|--------------:|-------------:|
| Current              | 0.00         | 1,534,840.98  | 1,534,840.98 |
| 1 - 30 days past due | 326,325.27   | 0.00          | 326,325.27   |
| 31 - 60 days past due| 12,568.25    | 0.00          | 12,568.25    |
| 61 - 90 days past due| 5,250.00     | 0.00          | 5,250.00     |
| 91 or more days past due| 86,280.50 | 0.00          | 86,280.50    |
|                      | 430,424.02   | 1,534,840.98  | 1,965,285.00 |

|                        |         |                    |         |        |                        |            | 1,965,285.00  |
|------------------------|---------|--------------------|---------|--------|------------------------|------------|--------------:|
| Category               | Date    | Pre/Post Petition  | Type    | Num    | Customer               | Due Date   | Open Balance  |
| 91 or more days past due | 4/1/06  | pre-petition     | Invoice | 5597   | Expedia, Inc.          | 04/01/2006 | 6,386.00      |
| 91 or more days past due | 11/1/08 | pre-petition     | Invoice | 6567   | Jameco Electronics     | 11/01/2008 | 5,750.00      |
| 91 or more days past due | 11/1/08 | pre-petition     | Invoice | 6245   | Temis S.A.             | 11/01/2008 | 11,932.00     |
| 91 or more days past due | 12/1/08 | pre-petition     | Invoice | 6582   | APX                    | 12/01/2008 | 12,512.50     |
| 91 or more days past due | 2/26/09 | pre-petition     | Invoice | 6642   | Sanofi-Aventis         | 02/26/2009 | 20,000.00     |
| 91 or more days past due | 7/1/09  | pre-petition     | Invoice | 6750   | Air France             | 07/01/2009 | 13,500.00     |
| 91 or more days past due | 9/1/09  | pre-petition     | Invoice | 6797   | Santa Barbara Airli:   | 10/01/2009 | 16,200.00     |
| 61 - 90 days past due  | 11/1/09 | pre-petition     | Invoice | 6859   | EL AL Israel Airline   | 12/01/2009 | 5,250.00      |
| 31 - 60 days past due  | 11/13/09| pre-petition     | Invoice | 6861   | Mark Travel Corpor     | 12/13/2009 | 4,800.00      |
| 31 - 60 days past due  | 11/17/09| pre-petition     | Invoice | 6862   | Orbitz                 | 12/17/2009 | 4,000.00      |
| 31 - 60 days past due  | 12/1/09 | pre-petition     | Invoice | 6805BF | US Probate Leads       | 12/31/2009 | 3,768.25      |
| 1 - 30 days past due   | 12/8/09 | pre-petition     | Invoice | 6721CD | Eurostar               | 01/07/2010 | 6,277.53      |
| 1 - 30 days past due   | 12/15/09| pre-petition     | Invoice | 6756CC | HealthMarkets, Inc.    | 01/14/2010 | 3,750.00      |
| 1 - 30 days past due   | 12/17/09| pre-petition     | Invoice | 6873   | Carquest               | 01/16/2010 | 1,000.00      |
| 1 - 30 days past due   | 12/17/09| pre-petition     | Invoice | 6872AB | Mark Travel Corpor     | 01/16/2010 | 27,546.74     |
| 1 - 30 days past due   | 12/17/09| pre-petition     | Invoice | 6871AD | Sears Holding Corp     | 01/16/2010 | 14,250.00     |
| 1 - 30 days past due   | 12/19/09| pre-petition     | Invoice | 6671DH | Corsair                | 01/18/2010 | 2,875.00      |
| 1 - 30 days past due   | 12/23/09| pre-petition     | Invoice | 6607BC | INPUT                  | 01/22/2010 | 31,400.00     |
| 1 - 30 days past due   | 12/28/09| pre-petition     | Invoice | 6787BB | JetStar Airways        | 01/27/2010 | 30,000.00     |
| 1 - 30 days past due   | 12/30/09| pre-petition     | Invoice | 6611BC | Air Europa Lineas      | 01/29/2010 | 139,370.67    |
| 1 - 30 days past due   | 12/31/09| pre-petition     | Invoice | 6407CC | Merck                  | 01/30/2010 | 55,000.00     |
| 1 - 30 days past due   | 12/31/09| pre-petition     | Invoice | 6350DF | SkyExpress             | 01/30/2010 | 14,855.33     |
| Current                | 1/31/10 | post-petition    | Invoice | 6562BC | Air Bulgaria           | 03/02/2010 | 45,818.33     |
| Current                | 1/31/10 | post-petition    | Invoice | 6893   | Air France             | 03/02/2010 | 27,000.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6201EF | Air Italy              | 03/02/2010 | 20,338.40     |
| Current                | 1/31/10 | post-petition    | Invoice | 6430DF | Air Pacific            | 03/02/2010 | 3,000.00      |
| Current                | 1/31/10 | post-petition    | Invoice | 6629BB | Aviation Analytics     | 03/02/2010 | 12,000.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6846BD | British Midland Airv   | 03/02/2010 | 12,945.50     |
| Current                | 1/31/10 | post-petition    | Invoice | 6759AC | Brussels Airlines      | 03/02/2010 | 48,842.67     |
| Current                | 1/31/10 | post-petition    | Invoice | 6886   | Conducive Technol      | 03/02/2010 | 600,000.00    |
| Current                | 1/31/10 | post-petition    | Invoice | 6701DL | Expedia, Inc.          | 03/02/2010 | 60,000.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6894AB | Flybe Ltd              | 03/02/2010 | 16,150.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6637BC | Four Seasons Divis     | 03/02/2010 | 24,000.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6360GL | GoAirlines (India) F   | 03/02/2010 | 3,750.00      |
| Current                | 1/31/10 | post-petition    | Invoice | 6889   | Irish Continental Gr   | 03/02/2010 | 2,180.00      |
| Current                | 1/31/10 | post-petition    | Invoice | 6696DH | Jazeera Airways        | 03/02/2010 | 15,000.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6763CF | Jet2Holidays           | 03/02/2010 | 6,000.00      |
| Current                | 1/31/10 | post-petition    | Invoice | 6806BB | JetBlue Airways        | 03/02/2010 | 21,000.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6625EF | Lightspeed Resear      | 03/02/2010 | 35,000.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6408DD | Merck                  | 03/02/2010 | 55,000.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6622EH | Nielsen Mobile         | 03/02/2010 | 5,270.83      |
| Current                | 1/31/10 | post-petition    | Invoice | 6403FI | Nielsen Mobile         | 03/02/2010 | 5,500.00      |
| Current                | 1/31/10 | post-petition    | Invoice | 6175IL | Nielsen Mobile         | 03/02/2010 | 200,000.00    |
| Current                | 1/31/10 | post-petition    | Invoice | 6702DD | Overstock.com          | 03/02/2010 | 15,250.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6887   | Pierre et Vacances     | 03/02/2010 | 27,600.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6883AB | Pleasant Holidays      | 03/02/2010 | 15,000.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6800FL | Porter Airlines        | 03/02/2010 | 1,334.00      |
| Current                | 1/31/10 | post-petition    | Invoice | 6563CD | Priceline              | 03/02/2010 | 64,670.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6885AD | Rainmaker Group        | 03/02/2010 | 7,087.50      |
| Current                | 1/31/10 | post-petition    | Invoice | 6512FL | Rent Marketer          | 03/02/2010 | 6,553.75      |
| Current                | 1/31/10 | post-petition    | Invoice | 6890   | Target Corp.           | 03/02/2010 | 2,500.00      |
| Current                | 1/31/10 | post-petition    | Invoice | 6892   | Target Corp.           | 03/02/2010 | 11,250.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6072JL | UniGroup Inc.          | 03/02/2010 | 5,750.00      |
| Current                | 1/31/10 | post-petition    | Invoice | 6888AB | VEGAS.com              | 03/02/2010 | 22,800.00     |
| Current                | 1/31/10 | post-petition    | Invoice | 6895   | Volaris                | 03/02/2010 | 45,000.00     |

UST-15B

| Category | Date | Pre/Post Petition | Type | Num | Customer | Due Date | Open Balance |
|---|---|---|---|---|---|---|---|
| Current | 1/31/10 | post-petition | Invoice | 6891 | Wartsila Corporatic | 03/02/2010 | 14,250.00 |
| Current | 1/31/10 | post-petition | Invoice | 6732BC | Wolters Kluwer He | 03/02/2010 | 60,000.00 |
| Current | 1/31/10 | post-petition | Invoice | 6329HH | Worldspan | 03/02/2010 | 7,500.00 |
| Current | 1/31/10 | post-petition | Invoice | 6882 | Ziff Brothers | 03/02/2010 | 4,500.00 |
| Current | 1/31/10 | post-petition | Invoice | | Lightspeed Research Inc. | | 5,000.00 |

UST-15B

**Monthly Financial Report**
**Case No.**      **10-10209**
**Debtor:**      **QL2 Software, Inc.**
**Report Mo/Yr**      **Jan 12-31, 2010**

**UST-16A - STATEMENT OF POST-PETITION PAYABLES - PART A - TAXES**

At the end of this reporting month, the debtor <u>did not have any unpaid post-petition taxes</u> which includes both current and delinquent tax obligations.

Check here if the debtor asserts the statement is correct, and skip to UST-16B.      X

UST-16A

**Monthly Financial Report**
**Case No.**          **10-10209**
**Debtor:**           **QL2 Software, Inc.**
**Report Mo/Yr**      **Jan 12-31, 2010**

**UST-16B - STATEMENT OF POST-PETITION PAYABLES - PART B - OTHER PAYABLES**

**Reconciliation of Post-Petition Payables** (excluding taxes and professional fees)

| | |
|---|---|
| Closing balance from prior month | $604,862.00 |
| New payables added this month | $103,186.57 |
|   Subtotal | $708,048.57 |
| Less payments made this month | ($51,948.00) |
| Closing balance for this reporting month | $656,100.57 |

**Breakdown of Closing Balance by Age**

| | |
|---|---|
| Current portion | $104,395.73 |
| Past due 1-30 days | $551,704.84 |
| Past due 31-60 days | $0.00 |
| Past due 61-90 days | $0.00 |
| Past due over 90 days | $0.00 |
| Total | $656,100.57 |

For A/P <u>more than 30 days past due</u>, explain why payment has not been made.

UST-16B

**Monthly Financial Report**
**Case No.** 10-10209
**Debtor:** QL2 Software, Inc.
**Report Mo/Yr** Jan 12-31, 2010

**UST-16C - STATEMENT OF POST-PETITION PAYABLES - PART C - ESTIMATED PROFESSIONAL FEES**

| Type | Amount of retainer (if applicable) | Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end | Explanation |
|---|---|---|---|---|---|
| Debtor's counsel | 0.00 | 0.00 | | 0.00 | |
| Debtor's accountant | 0.00 | 0.00 | 5,018.72 | 5,018.72 | Denali Financial Consulting |
| Debtor's accountant | 0.00 | 0.00 | 2,080.00 | 2,080.00 | Edwin A. Maurer |
| Debtor's other professional (explain) | 0.00 | 0.00 | 14,040.00 | 14,040.00 | Mark Rostron (IT Consultant) |
| Trustee's counsel | 0.00 | 0.00 | | 0.00 | |
| Creditor's Committee Counsel | 0.00 | 0.00 | | 0.00 | |
| Creditor's committee other professional (explain) | 0.00 | 0.00 | | 0.00 | |
| Total estimated post-petition professional fees and costs | 0.00 | 0.00 | 21,138.72 | 21,138.72 | |

UST-16C

**UST-17 - OTHER INFORMATION**

| Question No. | Title | Yes | No |
|---|---|---|---|
| 1 | **Sale or Abandonment of the Debtor's Assets** Did the debtor, or another party on behalf of the debtor, sell transfer or otherwise dispose of any of the debtors assets during the reporting month? | | X |
| 2 | **Financing** During the reporting month, did the debtor receive any funds from an outside source? | | X |
| 3 | **Insider Loans/Capital Contributions** During the reporting month, did the debtor receive any funds from an office, director, partner, or other inside contributor? | | X |
| 4 | **Insurance and Bond Coverage** Did the debtor renew, modify, or replace any insurance policies during the reporting month? | | X |
| | Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? | | X |
| | Were any claims made during the reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond). | | X |

| 5 | **Personnel Changes** | | Full-time | Part-time |
|---|---|---|---|---|
| | Number of employees at beginning of month | | 167 | |
| | Employees added | | | |
| | Employees resigned/terminated | | (2) | |
| | Number of employees at end of month | | 165 | 0 |
| | | | | |
| | Gross monthly payroll and taxes | $423,909 | | |

6      **Significant Events**
       Explain any significant new developments during the reporting month.

       The Company has worked with key customers to help them understand the Chapter 11 filing.  In
       more than 30 calls, each customer has been supportive and cooperative.

7      **Case Progress**
       Explain what progress the debtor made during the reporting month toward confirmation of a plan of
       reorganization.

       The Company has engaged with three (3) different DIP financing institutions and has received
       positive confirmations from two (2) along with draft term sheets.

UST-17


## Debits

### Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jan 08 | 65,000.00 | WT Fed#06143 Key Bank /Ftr/Bnf=ktc Pooled Iolta Trust Srf# IN100108131314669 Trn#100108074637 Rfb# 000000029 |
| | Jan 08 | 182.40 | Adp Payroll Fees Adp - Fees 100108 10R9W 7243683 QL2 |
| | Jan 13 | 54.00 | Bankcard Discount Fee - 0481702329 |
| | Jan 13 | 41.31 | Bankcard Fee - 0481702329 |
| | Jan 13 | 0.02 | Bankcard Interchange Fee - 0481702329 |
| | Jan 15 | 16.95 | Online P/R Flatfee QL2 Software, Inc.0HQ8 |
| | Jan 19 | 65,820.14 | WT Fed#03859 Deutsche Bank Trus /Ftr/Bnf=adp Payroll Deposit Srf# IN100119115575802 Trn#100119112962 Rfb# 000000030 |
| | Jan 20 | 244.59 | Client Analysis Srvc Chrg 100119 Svc Chge 1209 000005128756151 |
| | Jan 20 | 25,000.00 | // Wire For 1126532.85 Inr @ .022191 |
| | Jan 20 | 19,459.99 | // Wire For 11695.41 Gbp @ 1.5639 |
| | Jan 21 | 6,068.75 | NW Trust Contrib 040-80173 QL2 Software |
| | Jan 21 | 63.10 | Flex Plan Servic Payments QL2 Invoice #149372\ |
| | Jan 22 | 470.98 | Adp Payroll Fees Adp - Fees 100122 10R9W 8030938 QL2 |
| | Jan 27 | 53,150.98 | WT Fed#06797 Deutsche Bank Trus /Ftr/Bnf=adp Payroll Deposit Srf# IN100127132262581 Trn#100127080144 Rfb# 000000031 |
| | Jan 28 | 1,216.90 | Flex Plan Servic Payments QL2 Contribution - 12/31/09\ |
| | Jan 29 | 150.00 | Adp Payroll Fees Adp - Fees 100129 10R9W 8364795 QL2 |
| | | 236,857.31 | Total Electronic Debits/ Bank Debits |

### Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5297 | Jan 13 | 100.00 | 5359 | Jan 25 | 2,500.00 | 5525 | Jan 19 | 1,744.93 |
| 5299* | Jan 13 | 78.20 | 5500* | Jan 15 | 7,275.91 | 5526 | Jan 20 | 2,487.36 |
| 5305* | Jan 12 | 2,344.28 | 5501 | Jan 20 | 2,057.70 | 5527 | Jan 19 | 1,890.80 |
| 5327* | Jan 27 | 7,350.00 | 5502 | Jan 20 | 1,838.34 | 5528 | Jan 19 | 2,512.47 |
| 5335* | Jan 11 | 400.00 | 5503 | Jan 15 | 2,946.45 | 5529 | Jan 19 | 3,223.72 |
| 5338* | Jan 11 | 160.00 | 5504 | Jan 15 | 2,825.79 | 5530 | Jan 19 | 3,208.44 |
| 5339 | Jan 13 | 1,031.68 | 5505 | Jan 19 | 1,189.46 | 5531 | Jan 15 | 1,777.00 |
| 5340 | Jan 08 | 4,131.77 | 5506 | Jan 19 | 5,222.40 | 5532 | Jan 19 | 5,295.12 |
| 5341 | Jan 12 | 253.63 | 5507 | Jan 19 | 2,377.85 | 5533 | Jan 20 | 3,156.25 |
| 5342 | Jan 21 | 179.69 | 5508 | Jan 15 | 2,424.63 | 5534 | Jan 20 | 1,581.37 |
| 5343 | Jan 19 | 3,341.76 | 5509 | Jan 15 | 3,830.90 | 5535 | Jan 25 | 1,963.16 |
| 5344 | Jan 13 | 90.00 | 5510 | Jan 20 | 4,233.53 | 5536 | Jan 21 | 4,283.18 |
| 5345 | Jan 11 | 81.00 | 5511 | Jan 15 | 1,187.35 | 5537 | Jan 19 | 2,839.36 |
| 5346 | Jan 08 | 72.00 | 5512 | Jan 19 | 1,636.14 | 5538 | Jan 19 | 1,730.90 |
| 5347 | Jan 11 | 2,969.48 | 5513 | Jan 26 | 1,929.94 | 5539 | Jan 21 | 2,849.14 |
| 5348 | Jan 11 | 126.00 | 5514 | Jan 19 | 2,627.72 | 5540 | Jan 19 | 2,392.26 |
| 5349 | Jan 11 | 363.00 | 5515 | Jan 15 | 4,330.04 | 5541 | Jan 19 | 3,541.05 |
| 5350 | Jan 11 | 82.00 | 5516 | Jan 21 | 5,226.72 | 5542 | Jan 19 | 1,760.83 |
| 5351 | Jan 11 | 87.76 | 5517 | Jan 19 | 2,811.07 | 5543 | Jan 20 | 1,642.26 |
| 5352 | Jan 11 | 1,058.50 | 5518 | Jan 19 | 1,969.43 | 5544 | Jan 22 | 2,062.94 |
| 5353 | Jan 14 | 134.99 | 5519 | Jan 22 | 3,629.74 | 5545 | Jan 19 | 2,513.42 |
| 5355* | Jan 19 | 90.00 | 5520 | Jan 19 | 2,916.83 | 5546 | Jan 21 | 1,914.37 |
| 5356 | Jan 12 | 8,820.00 | 5521 | Jan 19 | 1,372.69 | 5547 | Jan 21 | 10,950.00 |
| 5357 | Jan 11 | 26,878.75 | 5523* | Jan 20 | 2,589.86 | 5548 | Jan 26 | 15,256.00 |
| 5358 | Jan 11 | 3,000.00 | 5524 | Jan 15 | 2,790.00 | 5549 | Jan 25 | 19,370.00 |

Continued on next page



*I252E0291000190I0II64I0I0I0I0*

Case 10-10209-KAO   Doc 104   Filed 02/17/10   Entered 02/17/10 17:57:44   Page 22 of 22