The Honorable Karen A. Overstreet
Chapter 11
Hearing Date: March 5, 2010
Hearing Time: 9:30 a.m.
Hearing Location: Seattle, Courtroom 7206
Response Date: February 26, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>QL2 SOFTWARE, INC.,<br><br>Debtor, | Case No. 10-10209<br><br>DECLARATION OF JOHN R. KNAPP, JR. RE REPLY IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE |

I, John R. Knapp, Jr., state and declare as follows:

1. I am one of the attorneys for Tumelson Family Limited Partnership, Katie Taylor, and Kelly Tumelson (collectively, the "Tumelsons"). I am competent to testify herein and make this declaration in support of the Tumelsons' Reply in Support of Motion to Dismiss Chapter 11 Case from my personal knowledge except as otherwise set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Moss Adams Valuation of the Debtor as of November 2008, which I received from the Debtor's counsel.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Debtor's Responses and Objection to the Tumelsons' First Discovery Requests to QL2 Software, Inc. (the "First Discovery Requests").

4. Attached hereto as Exhibit 3 are true and correct copies of certain documents relating to Bridge Bank and received in response to the First Discovery Requests.

DECLARATION OF JOHN R. KNAPP, JR. RE REPLY IN SUPPORT OF
MOTION TO DISMISS CHAPTER 11 CASE - 1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

SEADOCS:416607.1
Case 10-10209-KAO    Doc 121    Filed 03/02/10    Entered 03/02/10 18:50:24    Page 1 of 2

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from Bridge Bank to the Debtor received in response to the First Discovery Requests.

6. Attached hereto as Exhibit 5 are true and correct copies of excerpts from the Debtor's General Ledger received in response to the First Discovery Requests. The pages are redacted as a courtesy to obscure customer names.

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of the transcript of the February 9, 2010, meeting of creditors, made by my office.

I declare on penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 2nd day of March, 2010, at Seattle, Washington.

*/s John R. Knapp, Jr.*
John R. Knapp, Jr.

DECLARATION OF JOHN R. KNAPP, JR. RE REPLY IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE - 2

SEADOCS:416607.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 10-10209-KAO    Doc 121    Filed 03/02/10    Entered 03/02/10 18:50:24    Page 2 of 2