QL2 Software, Inc.
Case No. 10-10209

# Exhibit 5

CONFIDENTIAL

| Date | Type | Num | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| 12/17/2009 | Invoice | 6822BD | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/17/2009 | Invoice | 6872AB | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/17/2009 | Invoice | 6876 | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/19/2009 | Invoice | 6671DH | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/22/2009 | Invoice | 6748BB | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/22/2009 | Invoice | 6748CD | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/23/2009 | Invoice | 6880 | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/23/2009 | Invoice | 6607BC | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/23/2009 | Invoice | 6878 | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/23/2009 | Invoice | 6879 | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/27/2009 | Invoice | 6194IT | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/28/2009 | Invoice | 8787BB | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/30/2009 | Invoice | 6881 | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/30/2009 | Invoice | 6611BC | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/31/2009 | Invoice | 6350DF | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| 12/31/2009 | Invoice | 6407CC | Tax | 120 A/R:Trade Receivables | 0.00 | 0.00 |
| **Total for Sales tax payable** | | | | | | **0.00** |
| **Retained Earnings** | | | | | | |
| Beginning Balance | | | | | | ######## |
| **Total for Retained Earnings** | | | | | | |
| **Retained Earnings - Bal Forward** | | | | | | |
| Beginning Balance | | | | | | ######## |
| 12/05/2009 | General Journal | 286 | Chris Buckingham Accrual for Share Re-purchase Write-Off | -SPLIT- | 276,034.44 | -776,054.77 |
| **Total for Retained Earnings - Bal Forward** | | | | | 276,034.44 | |
| **Stock** | | | | | | |
| **300 APIC** | | | | | | |
| Beginning Balance | | | | | | 1,000.00 |
| 07/16/2009 | Deposit | | Stock Options Purchase 31,333 shares | 101 Bank Accounts:Wells Fargo Operating | 26,633.05 | 27,633.05 |
| **Total for 300 APIC** | | | | | $26,633.05 | |
| **302 Preferred Stock** | | | | | | |
| Beginning Balance | | | | | | 400,000.00 |
| **Total for 302 Preferred Stock** | | | | | | |
| **Total for Stock** | | | | | 26,633.05 | |
| **Revenue - ASP** | | | | | | |
| **410 Hosted Airlines** | | | | | | |
| Beginning Balance | | | | | | 25,000.00 |
| 10/01/2009 | Invoice | 6840 | | 120 A/R:Trade Receivables | 10,750.00 | 35,750.00 |
| 10/16/2009 | Invoice | 6842 | | 120 A/R:Trade Receivables | 157,590.00 | 193,340.00 |
| 10/16/2009 | Invoice | 6845 | | 120 A/R:Trade Receivables | 30,000.00 | 223,340.00 |
| 10/21/2009 | Invoice | 6841 | | 120 A/R:Trade Receivables | 2,000.00 | 225,340.00 |
| 11/01/2009 | Invoice | 6843 | | 120 A/R:Trade Receivables | 24,000.00 | 249,340.00 |
| **Total for 410 Hosted Airlines** | | | | | $224,340.00 | |
| **414 Hosted Travel Packages** | | | | | | |
| 10/01/2009 | Invoice | 6830 | | 120 A/R:Trade Receivables | 3,000.00 | 3,000.00 |
| **Total for 414 Hosted Travel Packages** | | | | | $3,000.00 | |
| **Total for Revenue - ASP** | | | | | 227,340.00 | |
| **Revenue - Enterprise Sales** | | | | | | |
| 10/01/2009 | Invoice | 6834 | | 120 A/R:Trade Receivables | 17,000.00 | 17,000.00 |
| 12/05/2009 | General Journal | 236 | Year-End Cleanup Adjustments | -SPLIT- | -166,865.47 | -149,865.47 |
| **Total for Revenue - Enterprise Sales** | | | | | $-149,865.47 | |
| **400 WebQL - Enterprise Licenses** | | | | | | |
| 11/01/2009 | Invoice | 6837 | WebQL Enterprise Licenses | 120 A/R:Trade Receivables | 42,500.00 | 42,500.00 |
| 11/01/2009 | Invoice | 6852 | WebQL Enterprise Licenses | 120 A/R:Trade Receivables | 250,000.00 | 292,500.00 |
| 11/01/2009 | Invoice | 6847 | WebQL Enterprise Licenses | 120 A/R:Trade Receivables | 200,000.00 | 492,500.00 |
| 11/04/2009 | Invoice | 6853 | WebQL Enterprise Licenses | 120 A/R:Trade Receivables | 5,000.00 | 497,500.00 |
| 11/20/2009 | Invoice | 6864 | WebQL Enterprise Licenses | 120 A/R:Trade Receivables | 12,000.00 | 509,500.00 |
| 12/31/2009 | General Journal | 292 | December 2009 Revenue | -SPLIT- | 996,501.88 | 1,506,001.88 |
| **Total for 400 WebQL - Enterprise Licenses** | | | | | $1,506,001.88 | |
| **401 Maintenance** | | | | | | |
| Beginning Balance | | | | | | 20,980.00 |
| **Total for 401 Maintenance** | | | | | | |
| **402 Training** | | | | | | |
| Beginning Balance | | | | | | 15,100.00 |
| 09/21/2009 | Invoice | 6825 | | 120 A/R:Trade Receivables | 4,000.00 | 19,100.00 |
| **Total for 402 Training** | | | | | $4,000.00 | |
| **404 Query Writing** | | | | | | |
| Beginning Balance | | | | | | 36,525.00 |
| 10/01/2009 | Invoice | 6831 | | 120 A/R:Trade Receivables | 1,200.00 | 37,725.00 |
| **Total for 404 Query Writing** | | | | | $1,200.00 | |
| **420 NewsWatch** | | | | | | |
| Beginning Balance | | | | | | 14,000.00 |
| **Total for 420 NewsWatch** | | | | | | |
| **430 Commissions** | | | | | | |
| 10/15/2009 | Deposit | | | 101 Bank Accounts:Wells Fargo Operating | 1,650.00 | 1,650.00 |
| **Total for 430 Commissions** | | | | | $1,650.00 | |

| Date | Type | Num | Amount | Memo | Account | Debit/Credit | Balance |
|---|---|---|---|---|---|---|---|
| 10/27/2009 | Invoice | 6839 | | | 120 A/R:Trade Receivables | 73,749.40 | 9,349,669.77 |
| 10/28/2009 | Invoice | 6846 | | | 120 A/R:Trade Receivables | 51,782.00 | 9,401,451.77 |
| 11/01/2009 | Invoice | 8858 | | | 120 A/R:Trade Receivables | 14,520.00 | 9,415,971.77 |
| 11/01/2009 | Invoice | 6812 | | | 120 A/R:Trade Receivables | 840,000.00 | ######### |
| 11/01/2009 | Invoice | 6851 | | | 120 A/R:Trade Receivables | 4,000.00 | ######### |
| 11/01/2009 | Invoice | 6850 | | | 120 A/R:Trade Receivables | -24,000.00 | ######### |
| 11/01/2009 | Invoice | 6859 | | | 120 A/R:Trade Receivables | 105,250.00 | ######### |
| 11/01/2009 | Invoice | 6856 | | | 120 A/R:Trade Receivables | 44,500.00 | ######### |
| 11/02/2009 | Invoice | 6848 | | | 120 A/R:Trade Receivables | 2,000.00 | ######### |
| 11/04/2009 | Invoice | 6819 | | | 120 A/R:Trade Receivables | 1,000.00 | ######### |
| 11/13/2009 | Invoice | 6861 | | | 120 A/R:Trade Receivables | 4,800.00 | ######### |
| 11/15/2009 | Invoice | 6860 | | | 120 A/R:Trade Receivables | 26,500.00 | ######### |
| 11/17/2009 | Invoice | 6882 | | | 120 A/R:Trade Receivables | 4,000.00 | ######### |
| 11/24/2009 | Invoice | 6860 | | | 120 A/R:Trade Receivables | 4,000.00 | ######### |
| 11/27/2009 | Invoice | 6855 | | | 120 A/R:Trade Receivables | 20,841.80 | ######### |
| 11/30/2009 | Invoice | 6854 | | | 120 A/R:Trade Receivables | 28,060.43 | ######### |
| **Total for 470 Price Track** | | | | | | **$3,183,249.63** | |
| **480 License** | | | | | | | |
| Beginning Balance | | | | | | | 817,069.50 |
| 07/20/2009 | Invoice | 6788 | | | 120 A/R:Trade Receivables | 4,800.00 | 821,869.50 |
| 07/30/2009 | Credit Memo | 6484WO | | | 120 A/R:Trade Receivables | 0.00 | 821,869.50 |
| 07/31/2009 | Invoice | 6780 | | | 120 A/R:Trade Receivables | 1,000.00 | 822,869.50 |
| 08/01/2009 | Invoice | 6773 | | | 120 A/R:Trade Receivables | 85,000.00 | 907,869.50 |
| 08/01/2009 | Invoice | 6805 | | | 120 A/R:Trade Receivables | 21,000.00 | 928,869.50 |
| 08/14/2009 | Invoice | 6790 | | | 120 A/R:Trade Receivables | 1,600.00 | 930,469.50 |
| 08/21/2009 | Invoice | 6795 | | | 120 A/R:Trade Receivables | 3,600.00 | 934,069.50 |
| 09/01/2009 | Invoice | 6829 | | | 120 A/R:Trade Receivables | 6,000.00 | 940,069.50 |
| 09/01/2009 | Invoice | 6814 | | | 120 A/R:Trade Receivables | 17,000.00 | 957,069.50 |
| 09/14/2009 | Invoice | 8818 | | | 120 A/R:Trade Receivables | 15,000.00 | 972,069.50 |
| 09/21/2009 | Invoice | 6827 | | | 120 A/R:Trade Receivables | 19,900.00 | 991,969.50 |
| 09/24/2009 | Invoice | 6813 | | | 120 A/R:Trade Receivables | 12,000.00 | 1,003,969.50 |
| 09/30/2009 | Invoice | 6793 | | | 120 A/R:Trade Receivables | 62,715.00 | 1,066,684.50 |
| 10/19/2009 | Invoice | 6804 | | | 120 A/R:Trade Receivables | 12,000.00 | 1,078,684.50 |
| **Total for 480 License** | | | | | | **$261,615.00** | |
| **481 Maintenance OP** | | | | | | | |
| Beginning Balance | | | | | | | 12,400.00 |
| **Total for 481 Maintenance OP** | | | | | | | |
| **493 Other Revenue** | | | | | | | |
| Beginning Balance | | | | | | | 6,600.00 |
| **Total for 493 Other Revenue** | | | | | | | |
| **495 Sales Discounts** | | | | | | | |
| Beginning Balance | | | | | | | -1,370.74 |
| 08/12/2009 | General Journal | 33 | | Ge Consumer Discount on Invoice 6568DD | -SPLIT- | -606.58 | -1,977.32 |
| **Total for 495 Sales Discounts** | | | | | | **$ -606.58** | |
| **Total for Revenue - Enterprise Sales with subs** | | | | | | 5,675,772.07 | |
| **Uncategorized Income** | | | | | | | |
| 12/05/2009 | General Journal | 280 | | Unreconciled Contracts Clean-up 12.31.09 | -SPLIT- | -360,475.24 | -360,475.24 |
| 12/31/2009 | General Journal | 6866 | | Invoice 6839BC entered incorrectly - sb future inv dated 3/27/10 | -SPLIT- | -22,216.13 | -382,691.37 |
| 12/31/2009 | General Journal | 6868 | | WO 50% of remaining contract amount for Health Markets 6756 - Data Unavailable from one site | -SPLIT- | -3,750.00 | -386,441.37 |
| 12/31/2009 | General Journal | 6867 | | Balance of Contract 6727 Write-Off - Amount Transferred to New Contract 6847 | -SPLIT- | -5,706.65 | -392,148.02 |
| **Total for Uncategorized Income** | | | | | | -392,148.02 | |
| **COGS** | | | | | | | |
| **504 Data Costs** | | | | | | | |
| Beginning Balance | | | | | | | 6,216.84 |
| 07/01/2009 | Bill | 558916064 | | | 200 A/P:Accounts Payable | 57.72 | 6,274.56 |
| 07/01/2009 | Bill | 9061586 | | | 200 A/P:Accounts Payable | 291.00 | 6,565.56 |
| 07/03/2009 | Bill | 833774022X7112009 | | | 200 A/P:Accounts Payable | 229.36 | 6,794.92 |
| 07/31/2009 | Bill | 9071586 | | | 200 A/P:Accounts Payable | 290.00 | 7,084.92 |
| 08/01/2009 | Bill | 558916064 | | | 200 A/P:Accounts Payable | 57.81 | 7,142.73 |
| 08/03/2009 | Bill | 833774022V08112009 | | | 200 A/P:Accounts Payable | 229.40 | 7,372.13 |
| 08/15/2009 | Bill | 5069226 | | | 200 A/P:Accounts Payable | 127.09 | 7,499.22 |
| 08/18/2009 | Credit Card Charge | August 2009 | | Rosie Hausler | 201 Credit Cards:Amex Plum Cards | 532.35 | 8,031.57 |
| 09/02/2009 | Bill | 558916064 | | | 200 A/P:Accounts Payable | 57.81 | 8,089.38 |
| 09/03/2009 | Bill | 833774022X09112009 | | | 200 A/P:Accounts Payable | 232.75 | 8,322.13 |
| 09/15/2009 | Bill | 5111326 | | | 200 A/P:Accounts Payable | 127.09 | 8,449.22 |
| 09/17/2009 | Credit Card Charge | Sept. Bill | | Rosie Hausler | 201 Credit Cards:Amex Plum Cards | 5,147.00 | 13,596.22 |
| 10/01/2009 | Bill | 9081586 | | August Charges | 200 A/P:Accounts Payable | 280.00 | 13,876.22 |
| 10/01/2009 | Bill | 9091586 | | September Charges | 200 A/P:Accounts Payable | 270.00 | 14,146.22 |
| 10/01/2009 | Bill | | | | 200 A/P:Accounts Payable | 57.81 | 14,204.03 |
| 10/03/2009 | Bill | 833774022X10112009 | | | 200 A/P:Accounts Payable | 232.65 | 14,436.68 |
| 10/15/2009 | Bill | 5152664 | | | 200 A/P:Accounts Payable | 127.09 | 14,563.77 |
| 10/18/2009 | Credit Card Charge | | | Rosie Hausler | 201 Credit Cards:Amex Plum Cards | 1,521.00 | 16,084.77 |
| 11/01/2009 | Bill | 833774022X11112009 | | | 200 A/P:Accounts Payable | 223.88 | 16,308.65 |
| 11/01/2009 | Bill | 558916064 | | | 200 A/P:Accounts Payable | 57.66 | 16,366.31 |
| 11/01/2009 | Bill | 9101586 | | September Charges | 200 A/P:Accounts Payable | 270.00 | 16,636.31 |