QL2 Software, Inc.
Case No. 10-10209

# Exhibit 6

| | |
|---|---|
| Aldrich | No. |
| Weber | When did you – |
| Aldrich | I joined in August 2008. Mr. Milburn joined in October of 2008. |
| Weber | Is there a reason for the changes at the end of 2008? The fact that the two of you came on – did you replace somebody – was there _____ problems? |
| Aldrich | The company was in turmoil and had no CEO. It was being managed by a committee. The board, then board, was in the process of looking for a new chief executive officer and to my recollection there were 4 or 5 candidates that applied for that position. And because of my particular background in the database industry, I was selected. |
| Weber | 260+ customers – you had mentioned the two different areas. How many in the first and how many in the second approximately. |
| Aldrich | In ... let me tell you about a third area because it's a small vertical. It relates to our patent and that is our WebQL business. We have approximately 40 licensees of the technology. These are companies that use the technology inside of their own company. They do not shop the web, so they're, as we say, behind the firewall looking at their own data. Of our other two verticals, there are about 140 travel customers, 160 travel customers. And in the remaining 40 or so customers are retail and e-commerce. |
| Weber | What's the customer base been over the last few years? In terms of, you have 260 now, what was it five years ago, what was it a year ago, what do you expect next year? |
| Aldrich | About a year ago it was 225. Five years ago, I'm not, the records and the data inside the company are not very good. |
| Weber | No, that's okay, so one year ago 225? |
| Aldrich | We had about 225. |
| Weber | Is it still growing? Is it pretty static now? |
| Aldrich | Yes, we have a vital pipeline in front of us – a pipeline in this context means that we have identified opportunities, they fit within our verticals, and we continually go to seek those new opportunities and land new customers. |
| Weber | Why did the debtor file bankruptcy? |
| Aldrich | The debtor filed bankruptcy because of the fact that we were in a cash flow situation that did not allow us to meet our obligations. The company has never been institutionally financed. Last year I attempted with the other members of the |

SEADOCS:416534.1