FILED
Western District of Washington
at Seattle

MAR - 2010

U.S. Bankruptcy Court

The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: 700 Stewart St., Rm. 7206
Hearing Date: March 5, 2010
Hearing Time: 9:30 a.m.
Response Date: February 26, 2010

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

QL2 SOFTWARE, Inc.
316 Occidental Ave, S, Ste. 410
Seattle, WA 98104

Debtor.

Case No. 10-10209

FINAL ORDER AUTHORIZING DEBTOR TO EMPLOY PROFESSIONALS PKM AND HALL AND INTERIM ORDER AUTHORIZING DEBTOR TO EMPLOY BOARD CONSULTANT AND GRAHAM & DUNN

THIS MATTER came on before the court pursuant to Fed. R. Bankr. P. 2014 and Bankruptcy Code 327(a) and (e) on the Application of QL2 Software, Inc., the Debtor and Debtor-in-Possession, for a Final Order employing the following professionals: Graham & Dunn PC as special counsel for corporate matters, PKM + Associates, LLC as accountants, Brian A. Vincent as Board Consultant, and Charles Brent Hall as Financial Consultant (dkt # 102). The Court having reviewed the Application, including the previously filed declarations of Craig Mueller (dkt # 70), Mark D. Northrup (dkt # 90), Brian A. Vincent (dkt # 87), and Charles Brent Hall (dkt #98), the Tumelsons' Objection to the Application for a Final Order to Employ Professionals (dkt #106), and the Debtor's Reply to the Tumelsons' Objection to Application for a Final Order Authorizing Debtor to Employ Professionals (dkt # 117) the

FINAL ORDER AUTHORIZING DEBTOR TO EMPLOY
PROFESSIONALS - 1
#740781 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-10209-KAO    Doc 132    Filed 03/09/10    Entered 03/10/10 10:43:11    Page 1 of 4

Declaration of Brian A. Vincent in Support of Employment Applications (dkt # 118), Reply of Graham & Dunn PC to Objection to Application to Employ Professionals (dkt #115), and the court having heard arguments of counsel and overruling in part the Tumelsons' Objection and finding that the proposed professionals hold no interest adverse to the estate on matters on which they are to be employed, and are disinterested except as otherwise disclosed, it is HEREBY ORDERED:

1. Graham & Dunn PC ("G&D") is authorized <u>on an interim basis</u> to represent the debtor as special counsel on corporate matters pursuant to terms of the Application, with its compensation subject to further order of the Bankruptcy Court, with a final hearing to be held April 30, 2010 at 9:30 a.m.

2. PKM + Associates, LLC ("PKM") is authorized as accountants for the debtor to prepare and file corporate tax returns (state and federal) for the years 2006, 2007, 2008, and 2009, including foreign information schedules, related consultations, and research and planning in support of preparation of the required returns, with a general retainer as follows:

a) payment of a retainer of $15,000, as the fee for the 2006 tax return;

b) upon completion of the 2006 tax return, the Debtor will file *ex parte* a Motion and Proposed Order Authorizing application of the $15,000 retainer for the work performed, and requesting payment of a $14,000 retainer for completion of the 2007 tax return, subject to final approval of a fee application upon conclusion of the representation;

c) upon completion of each of the 2007 and 2008 tax returns, the Debtor will file *ex parte* a Motion and Proposed Order requesting application of the $14,000 retainer for the

FINAL ORDER AUTHORIZING DEBTOR TO EMPLOY
PROFESSIONALS - 2
#740781 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-10209-KAO    Doc 132    Filed 03/09/10    Entered 03/10/10 10:43:11    Page 2 of 4

work performed, and requesting a retainer payment of $14,000 for completion of the next tax return, subject to final approval of a fee application upon conclusion of the representation;

d) Upon completion of the 2009 tax return, the Debtor will cause to be filed, upon notice and regular hearing, an Application for Final Approval of Accountant's Fees, to authorize application of the last $14,000 held as a retainer and approving the prior payments.

3. The Debtor is authorized to retain <u>on an interim basis</u>, Brian A. Vincent as a Board Consultant, effective February 2, 2010, on a half or full-time basis, as determined by the Board of Directors, with his compensation subject to further order of the Bankruptcy Court, except as provided herein.

a. Mr. Vincent shall be paid at the rate of $5,000 per week, unless the Board determines that full-time is necessary, in which case his rate shall be $8,000/week, which shall be payable within three days of receipt of his invoice, plus reimbursement of reasonable out-of-pocket expenses incurred, to include daily parking expenses in the course of his performance on QL2's behalf, with a final hearing to be held April 30, 2010 at 9:30 a.m., including determination of any performance bonus.

b. Payment of fees and expenses to Mr. Vincent shall be subject to final court approval at the conclusion of his services.

4. The Debtor is authorized to retain Charles Brent Hall as a Financial Consultant to perform an insolvency analysis on the terms of the Application with his compensation subject to further order of the Bankruptcy Court.

DATED this 9TH day of March 2010.

*/s/ Karen A. Overstreet*

FINAL ORDER AUTHORIZING DEBTOR TO EMPLOY
PROFESSIONALS - 3
#740781 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-10209-KAO    Doc 132    Filed 03/09/10    Entered 03/10/10 10:43:11    Page 3 of 4

|   |   |
|---|---|
| 1 | The Honorable Karen A. Overstreet |
| 2 | U.S. Bankruptcy Court Judge |

4 Presented by:

5

6 KARR TUTTLE CAMPBELL

7 By: _____
8 Diana K. Carey, WSBA #16239
Attorneys for Debtor

10

Approved as to Form; Notice
11 of Presentation Waived:

12

13 _____
John R. Knapp, WSBA # 29343
14 of Miller Nash
Attorneys for the Tumelsons

FINAL ORDER AUTHORIZING DEBTOR TO EMPLOY
PROFESSIONALS - 4
#740781 v1 / 40548-002

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100