## Diana K. Carey

**Subject:** FW: THE REQUEST FOR YOUR EXAMINATION (deposition)

-----Original Message-----
**From:** Russ Aldrich [mailto:russ@ql2.com]
**Sent:** Monday, April 05, 2010 11:15 AM
**To:** Diana K. Carey
**Cc:** Brian Vincent (E-mail)
**Subject:** Re: THE REQUEST FOR YOUR EXAMINATION (deposition)

I have thought about this statement and I think it was Scott relaying information from Visual I|O attorneys and his assessment of the initial validity of the Tumelson's.

On Apr 5, 2010, at 11:14 AM, Diana K. Carey wrote:

> Russ, in your Declaration of February 26, 2010 you stated: [at the end of 2008] " . . . . (c) QL2 underestimated the severity of the lawsuits facing the company (Visual I/O and Tumelsons). We were previously advised by counsel that neither of these lawsuits was of serious concern; this proved not to be the case, as Visual I/O was subsequently able to garnish precious company funds, and, as the court and parties are aware, the Tumelson litigation escalated."
>
> Can you recall who might have made this statement or given this impression??
>
> Thanks
>
> Diana

Please consider the environment before printing this email

IMPORTANT/CONFIDENTIAL: This e-mail message (and any attachments accompanying it) may contain confidential information, including information protected by attorney-client privilege. The information is intended only for the use of the intended recipient(s). Delivery of this message to anyone other than the intended recipient(s) is not intended to waive any privilege or otherwise detract from the confidentiality of the message. If you are not the intended recipient, or if this message has been addressed to you in error, do not read, disclose, reproduce, distribute, disseminate or otherwise use this transmission, rather, please promptly notify the sender by reply e-mail, and then destroy all copies of the message and its attachments, if any.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that to the extent this communication contains advice relating to a Federal tax issue, it is not intended or written to be used, and it may not be used, for (i) the purpose of avoiding any penalties that may be imposed on you or any other person or entity under the Internal Revenue Code or (ii) promoting or marketing to another party any transaction or matter addressed herein.

Russ Aldrich | Chief Executive Officer | QL2.com | t:206.859.4275 | c:858.775.9240



*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any other information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.*



EX.1

4/8/2010