The Honorable Karen A. Overstreet
Proposed Hearing Date: April 9, 2010
Proposed Hearing Time: 9:30 a.m.
Chapter 11
(EX PARTE)

Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101
(206) 223-1313
Attorneys for QL2 Software, Inc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re )
 ) Case No. 10-10209-KAO
QL2 SOFTWARE, INC., )
 ) ORDER AUTHORIZING HEARING TO
 Debtor. ) RECONSIDER ORDER
 ) (EX PARTE)
 )
 )

THIS MATTER came on before the Court *ex parte* on the Debtor's Motion for Reconsideration and For Protective Order and To Quash the Subpoena of Russ Aldrich and QL2, pursuant to. LR 9013.1(h) and W.D. Wash CR 7(h). The Court, having reviewed the Motion, the previous Application for ex parte order authorizing the Rule 2004 examination of QL2 and Russ Aldrich by the Tumelson Family Limited Partnership ("Tumelsons"), and the Order authorizing the examination, and finding that the Debtor has presented adequate grounds for the court to reexamine its prior decision, that hearing of this matter is appropriate,

ORDER AUTHORIZING HEARING TO
RECONSIDER ORDER - 1
Case 10-10209-KAO
#747835 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

IT IS HEREBY ORDERED as follows:

The Debtor's Motion for Reconsideration shall be heard at 9:30 a.m., April 9, 2010, and responses, if any, shall be presented at the time of hearing.

DATED this ___ day of April 2010.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

*Diana Carey*
Diana K. Carey, WSBA #16239
Attorneys for Debtor-in-Possession,
QL2 Software, Inc.

ORDER AUTHORIZING HEARING TO
RECONSIDER ORDER - 2
Case 10-10209-KAO
#747835 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100