The Honorable Karen A. Overstreet
Chapter 11
Hearing Place: Seattle, Room 7206
Hearing Date: April 9, 2010, 9:30 a.m.
Response Date: April 8, 2010, 12:00 noon

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>QL2 SOFTWARE, INC.,<br><br>Debtor. | Case No. 10-10209-KAO<br><br>ORDER AUTHORIZING RULE 2004 EXAMINATION OF GRAHAM & DUNN, PC AND ITS SHAREHOLDER PATRICK J. FRANKE |

This matter having come before the Court on the Application for Ex Parte Order Authorizing Rule 2004 Examination of Graham & Dunn, PC and Its Shareholder Patrick J. Franke (the "Application") filed by creditors Tumelson Family Limited Partnership, Katie Taylor, and Kelly Tumelson (collectively, the "Tumelsons"); the Court having set a hearing and response deadline on the Application on shortened time; the Court having considered the Application, the response of the Debtor, the argument of counsel, and the files and records herein; and the Court finding that good cause exists to grant the Application; now, therefore,

IT IS HEREBY ORDERED, as follows:

1. The Application is granted as set forth herein.

2. The Tumelsons may take the Rule 2004 Examination of Graham & Dunn, PC and its shareholder Patrick J. Franke, either together or separately, and compel the production of testimony, documents and things, pursuant to subpoena(s) setting forth the time and place for

EX PARTE ORDER AUTHORIZING RULE 2004 EXAMINATION OF
GRAHAM & DUNN, PC AND ITS SHAREHOLDER PATRICK J. FRANKE - 1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

SEADOCS:418185.3
Case 10-10209-KAO    Doc 165    Filed 04/13/10    Entered 04/13/10 08:39:09    Page 1 of 3

said testimony, production and/or examination. Documents shall be produced on April 21, 2010, at 9:00 a.m. A deposition of Mr. Franke may be taken after April 21, 2010.

  **3.**  **The documents to be produced pursuant to subpoena are:**

All records and information in the possession, custody, or control of Graham & Dunn relating in any way to its dealings with the Debtor, from May 23, 2008, to the present, after having been redacted for privileged and work-product information, limited to documents evidencing the following:

  (A)  Invoices issued by Graham & Dunn and all time records kept by Graham & Dunn;

  (B)  Internal communications of Graham & Dunn attorneys or employees concerning Graham & Dunn's billing of the Debtor, the amount of its invoices, and payments;

  (C)  External communications of Graham & Dunn attorneys or employees with any third party, including the Debtor, concerning Graham & Dunn's billing, the amount of its invoices, and payments;

  (D)  The role that Graham & Dunn or any of its attorneys performed in the hiring by QL2 of Russ Aldrich;

  (E)  The role that Graham & Dunn or any of its attorneys perform or performed in the management of QL2;

  (F)  Fee agreements between Graham & Dunn and QL2;

  (G)  Payments by QL2 to Graham & Dunn;

  (H)  A disclosure of all connections between Mr. Aldrich, Graham & Dunn, and Mr. Franke; and

  (I)  All documents evidencing debt of QL2 to Graham & Dunn, including without limitation any promissory notes, and any security interest granted by QL2 to Graham & Dunn.

EX PARTE ORDER AUTHORIZING RULE 2004 EXAMINATION OF
GRAHAM & DUNN, PC AND ITS SHAREHOLDER PATRICK J. FRANKE - 2

SEADOCS:418185.3

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 10-10209-KAO    Doc 165    Filed 04/13/10    Entered 04/13/10 08:39:09    Page 2 of 3

4. This Order shall constitute a protective order prohibiting the subpoena of any and all information that is protected by the attorney-client privilege or as attorney work product, as noted above.

DATED this _____ day of April, 2010.

_____
The Honorable Karen A. Overstreet
United States Bankruptcy Judge

Presented by:

MILLER NASH LLP

*/s/ John R. Knapp, Jr.*
John R. Knapp, Jr., WSB No. 29343
Adam G. Hughes, WSB No. 34438

Attorneys for Creditors
Tumelson Family Limited Partnership,
Kelly Tumelson and Katie Taylor

Agreed as to form and approved for entry;
Notice of presentation waived:

KARR TUTTLE CAMPBELL

*/s/ Diana K. Carey*
Diana K. Carey, WSB No. 16239
Attorneys for Debtor
QL2 Software, Inc.

GRAHAM & DUNN, PC

*/s/ Mark D. Northrup*
Mark D. Northrup, WSB No. 16947

EX PARTE ORDER AUTHORIZING RULE 2004 EXAMINATION OF
GRAHAM & DUNN, PC AND ITS SHAREHOLDER PATRICK J. FRANKE - 3

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

SEADOCS:418185.3
Case 10-10209-KAO    Doc 165    Filed 04/13/10    Entered 04/13/10 08:39:09    Page 3 of 3