The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: 700 Stewart St., Rm.
Hearing Date July 23, 2010
Hearing Time: 9:30 a.m.
Response Date: July 16, 2010

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re

QL2 SOFTWARE, INC.

Debtor.

Case No. 10-10209

DEBTOR'S MOTION FOR AN ORDER GRANTING APPROVAL OF POST PETITION FINANCING, SECURITY INTERESTS PURSUANT TO 11 U.S.C. § 364 AND SUPERPRIORITY ADMINISTRATIVE CLAIMS

QL2 Software, Inc., Debtor and Debtor-in-Possession herein ("Debtor"), moves the Court for an order authorizing the Debtor to borrow up to $400,000 ("DIP Credit Facility") from DMEP Corporation d/b/a/ Hale Global ("Hale") on the terms of this motion ("DIP Motion"). This motion is supported by the Declaration of Brian Vincent; a proposed order is attached.

On May 14, 2010, the Court approved Debtor's emergency motion to borrow $100,000 from Hale, the co-proponent of the Debtor's and Sponsor's Joint Plan of Reorganization ("First DIP Order"). (Dkt # 229) The First DIP Order provided that it would be repaid shortly or else the parties would negotiate full DIP financing protections. Debtor has not repaid that loan, and by this DIP Motion, Debtor seeks entry of an order approving an additional DIP Credit Facility,

DEBTOR'S MOTION FOR
DIP LOAN - 1
#758695 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

secured pursuant to section 364, and with a superpriority administrative claim, in the total amount of $400,000 (i.e., the original $100,000 plus an additional $300,000, if needed) .

This court previously approved a Cash Collateral Order for the Debtor, which Order anticipated the Debtor would manage its cash without additional financing until confirmation. That order expired by its terms June 30, 2010. Debtor has concurrently filed a motion to continue use of cash collateral from July 1 – September 30, 2010, on substantially the same terms as before, with the addition of Hale as an additional secured party, and incorporating the terms of the DIP Credit Facility. The court has approved two Disclosure Statements (one by Debtor/Hale, and a competing one by RateGain IT Solutions Pvt. Ltd. ("RateGain")), and pursuant to the Order Approving Disclosure Statements (Dkt # 302), the confirmation hearing is set for August 6, 2010.

There are two secured creditors in this proceeding: Graham & Dunn, PC ("G&D"), securing payment for its legal fees in the approximate amount of $641,500 and the Tumelson Family Limited Partnership, Katie Taylor and Kelly Tumelson (collectively, the "Tumelsons"). The Tumelsons alleged in an amended proof of claim filed May 13, 2010, that they are owed $907,228.49; that claim is subject to resolution in the Debtor/Hale Plan as well as the competing plan proposed by RateGain.

Specifically, the Debtor requests that the Court enter an Order pursuant to Bankruptcy Rule 4001(c) which, among other things will:

a. Authorize Debtor to obtain the proposed DIP Credit Facility of $400,000 from Hale pursuant to the terms outlined in this motion and the attached term sheet; with interest at 8%, to be repaid upon confirmation on the terms in the proposed competing plans of reorganization.

DEBTOR'S MOTION FOR
DIP LOAN - 2
#758695 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

b. Grant Hale a security interest pursuant to section 364 (subordinate to the interest of the Tumelsons); and

c. Grant Hale administrative priority under Bankruptcy Code section 364(c)(1) superior to all claims except that of the Tumelsons.

As Debtor's prior emergency motion (Dkt #219) alleged, Debtor anticipated payment of a large account receivable in the early part of May. That payment was delayed, leading to the request for emergency financing to enable the company to meet current payroll obligations. That payment (in excess of $600,000) was eventually received, enabling the Debtor to catch up on payments to vendors and meet payroll for the next two months. The Debtor requests approval of the DIP Credit Facility in order to permit, among other things, the orderly continuation of the operation of the business, and to maintain business relationships with its vendors, suppliers and customers, while it proceeds to confirmation. Timing is a challenge when calculating working capital cash requirements, and the Debtor wishes to avoid future "emergencies" by making this request now. QL2 will not draw down against the DIP Credit Facility until this motion is authorized, and even then, should this additional financing not be necessary, the Debtor will not borrow the funds, or it will borrow only a portion of these. In an abundance of caution, however, Debtor has decided to request the full amount it deems necessary, in case, for example, certain revenues should not materialize or confirmation should be delayed.

Bankruptcy Rule 4001(c) governs the procedure for consideration of motions to obtain postpetition financing. It provides that the motion shall be accompanied by a copy of the credit agreement and proposed form of order. The Term Sheet is attached to the proposed order as Exhibit A.

DEBTOR'S MOTION FOR
DIP LOAN - 3
#758695 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Pursuant to sections 364(a) and 364(b) of the Bankruptcy Code, the Debtor has attempted but is unable to obtain either unsecured credit or unsecured credit allowable under section 503(b)(I) of the Bankruptcy Code as an administrative expense.

The Debtor is also unable to obtain secured credit, allowable only under Bankruptcy Code sections 364(c)(2) and (3) on terms and conditions superior to those provided herein. The Debtor is unable to obtain credit for borrowed money without granting to Hale (i) a lien on and security interests in all of the assets of the Debtor pursuant to Bankruptcy Code sections 364(c)(2) and (3) which lien shall be junior to only the Tumelson Lien, and (ii) a superpriority administrative expense claim status pursuant to section 364(c)(1) of the Bankruptcy Code and as provided in the loan terms, but still subject to the superior Tumelson Lien. Authorization of this DIP Credit Facility will facilitate the ultimate consummation of either proposed plan of reorganization (Debtor/Hale, or RateGain), and thus the successful conclusion of this case and will maintain the value of the Debtor's estate during the pendency of this case. Thus, approval of the DIP Motion, entry of the Order, and borrowing by the Debtor under the DIP Credit Facility terms are in the best interests of the estate and its creditors.

The terms and conditions of the DIP Credit Facility, including those which provide for the payment of interest to, and fees of Hale, at the times and in the manner provided, are fair and reasonable, and are believed by the Debtor to be the best available under the circumstances. The Debtor respectfully requests that the Court approve the requested financing.

DEBTOR'S MOTION FOR
DIP LOAN - 4
#758695 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dated this 2nd day of July 2010.

                KARR TUTTLE CAMPBELL

                /s/ Diana K. Carey

                _____
                Diana K. Carey, WSBA #16239
                Attorneys for Debtor-in-Possession,
                QL2 Software, Inc.

## CERTIFICATION OF COUNSEL

I have read Appendix A to the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Washington, effective July 1, 2008, Guidelines for Cash Collateral and Financing Stipulations and believe that the above motion is in compliance with those guidelines.

Dated this 2nd day of July 2010.

                /s/ Diana K. Carey

                _____
                Diana K. Carey, WSBA # 16239

DEBTOR'S MOTION FOR
DIP LOAN - 5
#758695 v1 / 40548-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100