Diana K. Carey, WSBA #16239
Daniel J. Bugbee WSBA #42412
Attorneys for Debtor In Possession
1201 Third Avenue, Suite 2900
Seattle, WA 98101
Phone: (206) 223-1313
Fax: (206) 682-7100
E-mail: dbugbee@karrtuttle.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>QL2 SOFTWARE, INC.<br>316 Occidental Ave. S. Ste. 410<br>Seattle, WA 98104<br><br>Debtor. | Case No. 10-10209<br><br>NOTICE OF (I) ENTRY OF ORDER CONFIRMING PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE |

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on August 12, 2010, the United States Bankruptcy Court for the Western District of Washington entered an order (the "**Confirmation Order**") confirming *Debtor's and Sponsor's First Amended Joint Chapter 11 Plan of Reorganization, Dated as of July 2, 2010* (the "**Plan**") submitted by QL2 Software, Inc. and Copernicus Holdings, LLC, an investment vehicle of DMEP Corporation d/b/a Hale Global. You may request a copy of the Plan and Confirmation Order by sending an email to dbugbee@karrtuttle.com

PLEASE TAKE FURTHER NOTICE that the Effective Date, as defined in the Plan, occurred on Friday, August 27, 2010.

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

PLEASE TAKE FURTHER NOTICE that any and all executory contracts and unexpired leases, unless specifically assumed pursuant to the Plan or assumed or rejected pursuant to prior order of the Bankruptcy Court, were deemed rejected as of the Effective Date. Pursuant to section 3.5 of the Plan, any proof of claim with respect to a rejection claim arising from the rejection of an executory contract or unexpired lease pursuant to the Plan must be filed by **Monday, September 13, 2010** (thirty (30) days after entry of the Confirmation Order).

PLEASE TAKE FURTHER NOTICE that Debtor has filed or will be filing a motion to establish a bar date for filing Administrative Claims, as defined in the Plan.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order constitutes an injunction against all actions relating in any way to claims or causes of action against Debtor or the Estate arising out of facts and circumstances present at or before the Effective Date, to the same extent as the automatic stay set forth in Bankruptcy Code § 362(a) with respect to property of the Debtor.

DATED this 2nd day of September, 2010.

Diana K. Carey, WSBA #16239
Daniel J. Bugbee , WSBA #42412
Karr Tuttle Campbell
Attorneys for QL2 Software, Inc.

NOTICE OF PLAN EFFECTIVE DATE- 2
767474 / 40548.002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100